1  *Name:* **Mohamed Othmane Samie (CSBN: 344269)**
2  *Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**
3  *Phone:* **(818)-836-4976**
   Attorney for Plaintiff
4  Timeless Production FZ LLC

5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA

7  **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**

          Plaintiff,
              Vs.

   **Pham Tien Dong, VIECONNECT, a business entity managing the YouTube channel WOW Tech, WOW TV, TRAN VAN HA and DOES 1-10, Inclusive**

          Defendant.

   Case No.: 3:25-cv-03639

**PLAINTIFF'S MOTION TO APPEAR VIA VIDEO CONFERENCE**

Plaintiff, Timeless Production FZ LLC ("Plaintiff"), by and through its counsel, respectfully moves this Court for an order permitting counsel for Plaintiff to appear via video conference at the Preliminary Injunction Hearing currently scheduled for June 18, 2025, at 9:00 AM in San Jose Division, Courtroom 3, before the Honorable Judge Noel Wise.

In support of this motion, Plaintiff states the following:

1. Preliminary Injunction Hearing in this matter is set for June 18, 2025 at 9:00 a.m. in San Jose, California.

2. Counsel for Plaintiff is based in Los Angeles County, California, and travel to San Jose imposes substantial costs and logistical constraints, including approximately 340 kilometers in round-trip distance and a travel time of approximately six hours.

3. Under Fed. R. Civ. P. 43(a) and Civil L.R. 7-1(b), the Court may permit contemporaneous video testimony or appearance for good cause.

4. Judge Wise's Standing Order § 2(e) provides that Zoom appearances require advance approval.

5. Good cause exists here because Defendants have not entered an appearance or filed any opposition, and Plaintiff's request for remote appearance will not prejudice the fairness or efficiency of proceedings.

6. The Court's general practices, as well as post-pandemic flexibility for remote access, permit appearances via video conference, particularly where no prejudice to opposing parties will result.

7. Defendants have not entered an appearance or filed any opposition, and Plaintiff's request for remote appearance does not compromise the fairness or effectiveness of the proceeding.

8. Plaintiff's counsel is prepared to comply with any video appearance protocols, including testing in advance of the hearing date.

WHEREFORE, Plaintiff respectfully requests this Court grant leave for Plaintiff's counsel to appear via video conference on June 18, 2025, or on such other date and time that the hearing may be rescheduled.

PLAINTIFF'S MOTION TO APPEAR VIA VIDEO CONFERENCE

**Dated**: May 27 2025               By: /s/ Mohamed Othmane Samie

                                                  Mohamed Othmane Samie (CSBN: 344269)
                                                  Counsel for Timeless Production FZ LLC

**Civ. L.R. 5-1(i)(3) Attestation:** All signatories concur in this filing.

PLAINTIFF'S MOTION TO APPEAR VIA VIDEO CONFERENCE