1  *Name:* **Mohamed Othmane Samie (CSBN: 344269)**

2  *Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**

3  *Phone:* **(818)-836-4976**

   Attorney for Plaintiff

4  Timeless Production FZ LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>Plaintiff,<br>Vs.<br><br>**Pham Tien Dong , VIECONNECT, a business entity managing the YouTube channel WOW Tech, WOW TV, TRAN VAN HA and DOES 1-10, Inclusive**<br><br>Defendant. | Case No.: 3:25-cv-03639 |

### DECLARATION OF MOHAMED OTHMANE SAMIE IN SUPPORT OF PLAINTIFF'S MOTION TO APPEAR VIA VIDEO CONFERENCE

I, Mohamed Othmane Samie, declare:

1. I am the attorney for Plaintiff Timeless Production FZ LLC in this matter.
2. The Preliminary Injunction Hearing is scheduled for June 18, 2025, at 9:00 AM before Judge Noel Wise in Courtroom 3 at the San Jose Courthouse.

3. I work and reside in Monterey Park, California, in the Central District. Attending the hearing in person would involve unnecessary travel and expense.

4. I attempted to confer with opposing counsel to obtain a stipulation under Civil L.R. 7-12. However, as of today, no counsel has appeared for Defendants, and no communication channel is available to obtain consent.

5. I will be available by video conference at the scheduled hearing time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Dated**: May 27 2025                    By: /s/ Mohamed Othmane Samie
                                            Mohamed Othmane Samie (CSBN: 344269)
                                            Counsel for Timeless Production FZ LLC

DECLARATION OF MOHAMED OTHMANE SAMIE IN SUPPORT OF PLAINTIFF'S MOTION TO APPEAR VIA VIDEO CONFERENCE