UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br>Vs.<br>Pham Tien Dong , VIECONNECT, a business entity managing the YouTube channel WOW Tech, WOW TV, TRAN VAN HA and DOES 1-10, Inclusive<br><br>Defendant. | Case No.: 3:25-cv-03639 |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR VIA VIDEO CONFERENCE

The Upon consideration of Plaintiff's Motion to Appear via Video Conference at the Preliminary Injunction Hearing, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's counsel, Mohamed Othmane Samie, is permitted to appear via video conference at the Preliminary Injunction Hearing scheduled for June 18, 2025, at 9:00 AM, in Courtroom 3 of the San Jose Courthouse before the Honorable Judge Noel Wise.

IT IS SO ORDERED.

Dated: _____

HON. NOEL WISE<br>United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR VIA VIDEO CONFERENCE