1  *Name:* **Mohamed Othmane Samie (CSBN: 344269)**

2  *Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**

3  *Phone:* **(818)-836-4976**

   Attorney for Plaintiff

4  Timeless Production FZ LLC

5              **UNITED STATES DISTRICT COURT**

6              **NORTHERN DISTRICT OF CALIFORNIA**

7  **TIMELESS PRODUCTION FZ**
   **LLC., A UNITED ARAB**
8  **EMIRATES LIMITED**                    **Case No.: 5:25-cv-03639-NW**
   **LIABILITY COMPANY,**
9

10            Plaintiff,
                    v.
11
   **Pham Tien Dong ,**
12 **VIECONNECT, a business entity**
   **managing the YouTube channel**
13 **WOW Tech, WOW TV, TRAN**
   **VAN HA and DOES 1-10,**
14 **Inclusive**

15            Defendant.

16

17      **PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED**

18                        **MEMORANDUM OF LAW**

   TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF
19
   RECORD:
20
   PLEASE TAKE NOTICE that Plaintiff Timeless Production FZ LLC ("Plaintiff") respectfully
21
   moves this Court, ex parte, for an order authorizing alternative service of process pursuant
22
   to Federal Rule of Civil Procedure 4(f)(3) on Defendants Tran Van Ha, Pham Tien Dong,
23

24                                  i

   PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED
   MEMORANDUM OF LAW

and Vieconnect Vietnam Technology and Services Investment Company Limited ("Defendants"), who reside in Vietnam.

This request is made because Plaintiff has exercised diligence in attempting traditional international service by postal mail, but the attempts were unsuccessful. USPS tracking records (attached as Exhibits C) show:

- Packages to Defendants in Hanoi, Vietnam were shipped from the U.S. on May 18–20, 2025, and processed through customs.

- However, all deliveries failed with the same result: "Addressee not available – Scheduled for another delivery attempt".

- No package has been delivered or signed for, despite multiple international attempts.

These facts demonstrate that further attempts would be futile, and that service via traditional mail is incomplete, uncertain, and delayed.

In contrast, Plaintiff has clear, reliable electronic contact points for Defendants:

- Defendant Pham Tien Dong submitted a DMCA counter-notification using justintgonzalez6@gmail.com, legally asserting representation of WOW Tech & WOW TV under penalty of perjury.

- Defendants actively operate YouTube channels and a commercial website, both of which allow contact through email or platform messaging and serve U.S. users.

Therefore, Plaintiff respectfully requests that the Court authorize service via:

1. Email to: justintgonzalez6@gmail.com

2. YouTube direct messaging to WOW Tech and WOW TV

3. Vieconnect's online contact portal at https://vieconnect.com.vn

ii

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

This motion is supported by the Memorandum of Points and Authorities, Declaration of Mohamed Othmane Samie, and Exhibits A–C filed concurrently herewith.

**Dated**: June 05 2025                     By:  /s/ Mohamed Othmane Samie

                                                   Mohamed Othmane Samie (CSBN: 344269)
                                                   Counsel for Timeless Production FZ LLC

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

1

# **TABLE OF CONTENTS**

2

I.    INTRODUCTION.................................................................................................. 1

II. STATEMENT OF FACTS ...................................................................................... 2

III. ARGUMENT .......................................................................................................... 4

    A. The Court May Authorize Service via Electronic Mail and WhatsApp Pursuant to Federal Rule of Civil Procedure 4(f)(3). ............................................................... 4

    B. Service of Process via Electronic Means Is Not Prohibited by International Agreement... 5

    C. Service by WhatsApp Is Reasonably Calculated to Reach the Defendant......................... 6

IV. CONCLUSION........................................................................................................ 7

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

iv

PLAINTIFF'S  MOTION  FOR  ALTERNATIVE  SERVICE  AND  INCORPORATED MEMORANDUM OF LAW

1

## TABLE OF AUTHORITIES

2

**Cases**

3

4

**Broadfoot v. Diaz (In re Int'l Telemedia Assocs.),**

5
   245 B.R. 713 (Bankr. N.D. Ga. 2000) ........................................................................ 4

6

**Doe v. Hyassat**,

7
   337 F.R.D. 12 (S.D.N.Y. 2020) ................................................................................. 6

8

9
**Gurung v. Malhotra**,

10
   279 F.R.D. 215 (S.D.N.Y. 2011) ............................................................................... 5

11
**In re Terrorist Attacks on Sept. 11, 2001**,

12
   2023 U.S. Dist. LEXIS 66886 (S.D.N.Y. Apr. 17, 2023) ..........................................6

13

14
**Kumar v. Alhunaif**,

15
   2023 U.S. Dist. LEXIS 220205 (S.D.N.Y. Dec. 8, 2023) ......................................... 6

16
**Microsoft Corp. v. Goldah.Com Network Tech. Co.**,

17
   No. 17-CV-02896-LHK, 2017 WL 4536417 (N.D. Cal. Oct. 11, 2017) ................... 6

18

19
**NASCAR v. Doe**,

20
   584 F. Supp. 2d 824 (W.D.N.C. 2008) ...................................................................... 5

21
**Rio Props., Inc. v. Rio Int'l Interlink**,

22
   284 F.3d 1007 (9th Cir. 2002) ............................................................................... 4, 5

23

24

v

PLAINTIFF'S   MOTION   FOR   ALTERNATIVE   SERVICE   AND   INCORPORATED
MEMORANDUM OF LAW

**WeWork Cos. v. WePlus Tech. Co.**,

   No. 5:18-cv-04543-EJD, 2019 U.S. Dist. LEXIS 5047 (N.D. Cal. Jan. 10, 2019) .................. 6

**WhosHere, Inc. v. Orun**,

   No. 1:13-cv-00526-AJT-TRJ, 2014 U.S. Dist. LEXIS 22084 (E.D. Va. Feb. 20, 2014) ......... 6

**Rules**

| Rule | Title | Page(s) |
|------|-------|---------|
| Fed. R. Civ. P. 4(f) | Serving an Individual in a Foreign Country | passim |
| Fed. R. Civ. P. 4(h)(2) | Serving a Foreign Corporation | 4 |

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED
MEMORANDUM OF LAW

Plaintiff Timeless Production FZ LLC, by and through undersigned counsel, hereby moves this Court for an order authorizing alternate service of process on Defendants Tran Van Ha, Pham Tien Dong, and Vieconnect Vietnam Technology and Services Investment Company Limited, and in support thereof states as follows:

## I.  INTRODUCTION

1.  Plaintiff, Timeless Production FZ LLC ("Timeless" or "Plaintiff"), is a media production company registered in the United Arab Emirates that produces and distributes original content through various licensed platforms. Plaintiff has obtained registered copyrights for numerous creative works, including but not limited to, television programs and video content featured on digital streaming platforms.

2.  Defendants are foreign individuals and business entities, based in Vietnam, operating a commercial YouTube channel known as "WOW Tech" and "WOW TV", along with related online entities managed under the alias "VIECONNECT." Defendants are responsible for unlawfully duplicating, uploading, and monetizing Plaintiff's copyrighted material without authorization. They have engaged in the willful infringement of Plaintiff's intellectual property rights by displaying Plaintiff's protected works on their YouTube channels for public viewing and commercial gain.

3.  Defendants have purposefully availed themselves of the United States market including those within this district, and monetizing content through YouTube's ad revenue model. Despite repeated attempts by Plaintiff to resolve these violations through takedown requests under the Digital Millennium Copyright Act (DMCA), Defendants have submitted fraudulent counter-notices, falsely claiming ownership of Plaintiff's material.

1

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

4. Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff respectfully seeks an order from this Court permitting service of process on Defendants via electronic means, including email, and WhatsApp.

5. Alternative service is warranted and necessary in this case due to Defendants' online-only operations and failure to appear despite attempted service through international mail. Notably, packages sent to the Defendants in Vietnam were returned as undelivered or unclaimed, and Defendants have otherwise evaded physical service.

6. Plaintiff has identified verified contact methods through past DMCA correspondence, including active email addresses and phone numbers associated with WhatsApp.

7. Plaintiff submits that authorizing service through these alternative means is reasonably calculated to provide actual notice to Defendants and is consistent with due process. This motion is supported by the accompanying Memorandum of Points and Authorities and the Declaration of Plaintiff's counsel.

## II. STATEMENT OF FACTS

8. Plaintiff Timeless Production FZ LLC is the lawful owner of multiple copyrighted audiovisual works. Plaintiff distributes this content internationally and monetizes it through licensing arrangements and authorized streaming platforms.

9. Defendants Pham Tien Dong, VIECONNECT (Vietnam Technology and Services Investment Company Limited), and Tran Van Ha operate one or more YouTube channels including "WOW Tech" and "WOW TV", which together boast over 235,000 subscribers and millions of views. These Defendants are based in Hanoi, Vietnam, and conduct commercial operations entirely online.

2

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

10. Defendants' business model centers on uploading and monetizing video content via YouTube's Partner Program. Plaintiff's copyrighted content has been repeatedly copied and uploaded to Defendants' channels without license or authorization.

11. Defendants have engaged in deliberate copyright infringement and falsification of copyright management information. Defendants submitted false DMCA counter-notifications to YouTube, asserting baseless claims of ownership over Plaintiff's original works.

12. Plaintiff attempted service of process via international mail to the address provided by Defendants and confirmed through counter- notification to DMCAs and company website. Separate USPS packages sent to Defendants in Vietnam were not successfully delivered. As reflected in tracking records, the shipments were returned as undeliverable due to the addressee not being available at the time of delivery. (See Exhibits C).

13. These failed attempts reflect a pattern of evasion or willful noncompliance. Plaintiff has demonstrated diligence in attempting service through traditional channels and has exhausted those means (Exhibits A-B).

14. Despite evasion of physical service, Defendants remain active online. Plaintiff has communicated with Defendants in the past via email, including DMCA notices and counter-notice responses. These email addresses remain active and associated with their YouTube accounts.

15. Defendants have also provided a WhatsApp number in their prior counternotices, which has been verified by Plaintiff as being associated with their operations and identity.

16. Based on the nature of Defendants' business, their pattern of electronic communication, and their evasion of physical service, Plaintiff asserts that email and WhatsApp, are the most effective means of providing actual notice in this case.

3

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

### III. ARGUMENT

17. Pursuant to Federal Rule of Civil Procedure 4(h)(2), a foreign business entity may be served with process using any method permitted by Rule 4(f), which governs service on individuals in foreign countries. Rule 4(f)(3) expressly authorizes service by means "not prohibited by international agreement, as the court orders." This provision grants courts broad discretion to fashion alternate forms of service appropriate to the circumstances of each case, particularly where conventional methods have failed.

18. In the present matter, Defendants operate a business entirely online, have evaded conventional service methods, and have maintained active digital communication channels. Accordingly, service by electronic means—email and WhatsApp—is appropriate and satisfies both due process and the requirements of Rule 4(f)(3).

**A. The Court May Authorize Service via Electronic Mail and WhatsApp Pursuant to Federal Rule of Civil Procedure 4(f)(3).**

19. Rule 4(f)(3) permits service by "any means not prohibited by international agreement, as the court orders." It is well settled that Rule 4(f)(3) is "neither a last resort nor extraordinary relief" but "an equal means of service," independent of any prerequisite to attempt service under 4(f)(1) or 4(f)(2). *Rio Properties, Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1015 (9th Cir. 2002). Thus, Plaintiff is not required to pursue service through the Hague Convention or diplomatic channels before seeking relief under Rule 4(f)(3).

20. Courts have consistently upheld service by email and website publication when traditional methods are impracticable and the Defendant conducts business online. See *Broadfoot v. Diaz*

4

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

*(In re Int'l Telemedia Assocs.)*, 245 B.R. 713, 721 (Bankr. N.D. Ga. 2000); *NASCAR v. Doe*, 584 F. Supp. 2d 824, 826 (W.D.N.C. 2008); *Rio Props.*, 284 F.3d at 1017.

21. Defendants in this matter operate via YouTube and other online platforms. They have actively communicated via email and WhatsApp in connection with their YouTube account administration and DMCA disputes. Accordingly, email and WhatsApp are not only available channels, but are the very mediums Defendants use to engage in the conduct at issue.

22. Service by posting on a designated legal notice website has also been approved where it provides a practical and reasonable opportunity for notice. See *NASCAR*, 584 F. Supp. 2d at 826 ("Acknowledging the realities of the twenty-first century… the Court determined that the most appropriate place for publication was [Plaintiff's website]."). Plaintiff's designated website will serve as a central location for access to all filed documents.

23. This Court has the discretion to authorize these methods under Rule 4(f)(3), and doing so is warranted in light of Defendants' evasive conduct and the digital nature of their business.

**B. Service of Process via Electronic Means Is Not Prohibited by International Agreement.**

24. Vietnam is a signatory to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters. However, Vietnam has not objected to Article 10(a) concerning service through postal channels, nor has it filed a declaration prohibiting service by email or electronic means.

25. Even in countries where objections have been filed to Article 10, courts have held that service under Rule 4(f)(3) is permissible because email and website posting are not methods enumerated in Article 10. See *Gurung v. Malhotra*, 279 F.R.D. 215, 219 (S.D.N.Y.

5

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

2011); *WhosHere, Inc. v. Orun*, No. 1:13-cv-00526, 2014 U.S. Dist. LEXIS 22084, at *9 (E.D. Va. Feb. 20, 2014).

26. No provision of the Hague Convention explicitly prohibits service via email, WhatsApp, or publication on a website. Numerous courts have confirmed that when a country has not explicitly objected to a non-traditional method, service by those means may be authorized. See *Microsoft Corp. v. Goldah.com Network Tech. Co.*, No. 17-cv-02896-LHK, 2017 U.S. Dist. LEXIS 168537; *WeWork Cos. v. WePlus Tech. Co.*, No. 5:18-cv-04543-EJD, 2019 U.S. Dist. LEXIS 5047.

27. Accordingly, electronic service is not prohibited by international agreement and is appropriate under the Hague framework.

**C. Service by WhatsApp Is Reasonably Calculated to Reach the Defendant.**

28. Courts have approved messaging applications, including WhatsApp, as effective secondary or backup methods of service. In *Kumar v. Alhunaif*, 2023 U.S. Dist. LEXIS 220205 (S.D.N.Y. Dec. 8, 2023), the court upheld WhatsApp service as a supplement to email where the recipient had previously used WhatsApp to communicate with the plaintiff.

29. Similarly, in *Doe v. Hyassat*, 337 F.R.D. 12, 15 (S.D.N.Y. 2020), and *In re Terrorist Attacks on Sept. 11, 2011*, 2023 U.S. Dist. LEXIS 66886, courts emphasized that when a defendant is known to use specific platforms, service through those platforms is reasonably calculated to provide notice.

30. Here, Defendants have used a WhatsApp number in direct communications with Plaintiff related to DMCA counter-notices. Plaintiff has verified that this number is still active and

6

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

corresponds. Therefore, WhatsApp provides a credible and efficient channel of communication.

### IV. CONCLUSION

31. In view of the foregoing, Plaintiff respectfully requests this Court grant this motion and authorize service of the complaint, summonses, and all filings and discovery in this matter upon Defendants Pham Tien Dong, Tran Van Ha, and Vieconnect Vietnam Technology and Services Investment Company Limited in this action:

    a)  via e-mail by emailing Defendants at the addresses provided in their DMCA counter-notices and YouTube/Google account registration records;

    b)  via WhatsApp messaging, using the phone numbers associated with their YouTube accounts and previously used in correspondence with Plaintiff;

**Dated**: June 05 2025        By: /s/ Mohamed Othmane Samie

                              Mohamed Othmane Samie (CSBN: 344269)
                              Counsel for Timeless Production FZ LLC

7

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

1

2

3

4

5

6

7

8

9

10

# **Exhibit A**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

PLAINTIFF'S   MOTION   FOR   ALTERNATIVE   SERVICE   AND   INCORPORATED
MEMORANDUM OF LAW

1  M. Othmane Samie, Esq. #344269
2  SAMIE LAW FIRM
   2414 S Garfield Avenue
3  Monterey Park, CA 91754
   (818) 836-4976 Office
4
5  Attorney for Plaintiff, Timeless Production FZ LLC

6                  UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8
                                              )
9  TIMELESS PRODUCTION FZ LLC, A              )   Civil Action No.   5:25-CV-03639-NW
                                              )
10 UNITED ARAB EMIRATES LLC,                  )
                                              )
11      Plaintiff,                            )
                                              )   CERTIFICATE OF SERVICE
12                                            )
        vs.                                   )
13                                            )
   VIECONNECT, a business entity managing     )
14                                            )
   the YouTube channel WOW TECH, WOW          )
15                                            )
   TV, TRAN VAN HA and DOES 1-10,             )
16                                            )
   Inclusive                                  )
17                                            )
        Defendant                             )
18 _____   )

19      **TO THE HONORABLE COURT JUDGE:**

20          I, the undersigned, hereby certify that on May 13, 2025, I mailed out via
        U.S. Postal Service International Express mail a true and correct copies of the list
21      of documents below:

22

23      1.  Cover Sheet                    8.   Declaration of Kenneth
        2.  Order setting Initial case          Silvers
24      3.  Summons                        9.   Memorandum of Points
        4.  Original Complaint                  and Authorities
25      5.  Amended Complaint              10.  Proposed    TRO    and
        6.  TRO Motion                          Order to Show Cause
26      7.  Attorney Declaration           11.  Form AO-121
                                           12.  Judge's order on TRO
27

28
                       CERTIFICATE OF SERVICE - 1 of 2

                                  15

Two (2) sets of documents for each party were mailed out with tracking information to the country of Vietnam to the following parties:

A.    Mr. Pham Tien Dong – 268 Nguyen Trai, Thanh Yuan District, Hanoi, Vietnam, 120017
      Tracking # CH233652950US and CH233652623US (Exhibit 1)

Executed this ___ day of ___ 2025, at Monterey Park, California.

_____
Michael Medina - Paralegal

CERTIFICATE OF SERVICE - 2 of 2

16

**Exhibit – 1**



**USPS Customs Declaration and Dispatch Note**

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.



CH233652950US

| SHIPMENT INFORMATION (*Continued*) — BOXED AREA IS FOR USPS-USE ONLY |
| --- |

**SENDER'S INFORMATION**

Full Last Name: JAMIE  |  Full First Name: Othmane  |  MI:

Business Name (if applicable): Jamie Law Firm  |  Sender's Telephone: 707-735-7401

Address-1: 2414 S Garfield Avenue

Address-2:

City: Monterey Park  |  State: CA  |  ZIP Code: 91754

**ADDRESSEE'S INFORMATION**

Full Last Name: DONG  |  Full First Name: Pham Tien  |  MI:

Business Name (if applicable):

Address-1: 768 Nguyen Trai

Address-2: THANH XUAN DISTRICT  |  Postal Code: 120017

City: Ha Noi  |  State/Province:  |  Country: Vietnam

**SHIPMENT INFORMATION**

1. Category of item (check all that apply)
☐ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other

| 2. Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) | | 5. Value (Ea) |
| --- | --- | --- | --- | --- |
| | | Lbs. | Oz. | U.S. $ |
| Legal Documents | 100 pg | 12/16g | | 100 |
| | | | | |
| | | | | |
| | | | | |
| **6. Total** | | | | |

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
| --- | --- | --- |
| Total Postage/Fees (U.S. $) 121.30 | Insured Value (U.S. $) | Insured Fee (U.S. $) |

7. Sender's Email Address  |  8. Addressee's Email Address

9. Exporter's Reference (if applicable and known)  |  10. Exporter's Telephone (if applicable and known)

11. Importer's Reference (if applicable and known)  |  12. Importer's Telephone (if applicable and known)

13. AES ITN (if applicable)  |  14. AES Exemption — NOEEI § (Check one if applicable)
☐ § 30.36  ☐ § 30.37 (a)  ☐ § 30.37 (h)  ☐ § 30.37 (y)  ☐ Other

15. License Number (if applicable)  |  16. Certificate Number (if applicable)  |  17. Invoice Number (if applicable)

18. Length (inches)  |  19. Width (inches)  |  20. Height (inches)

21. Restrictions (if applicable — check all that apply)
☐ Quarantine  ☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions (Check one)
☐ Return to Sender  ☐ Treat as Abandoned

23. Sender's Signature and Date

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 (if the information is known)

| 24. HS Tariff Number | 25. Country of Origin |
| --- | --- |
| | |
| | |
| | |

PS Form **2976-R**, April 2016    PSN 7530-17-000-7992    IMPORTANT: This package may be opened officially.    **4 – Sender's Copy**



CH233652623US

**UNITED STATES POSTAL SERVICE ®**

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

SHIPMENT INFORMATION *(CONTINUED)* — BOXED AREA IS FOR USPS-USE ONLY

Full Last Name: SAME   Full First Name: OTHMANE

USPS Official Use: 91731

Business Name (if applicable): JAMIE LAW FIRM
Sender's Telephone: 7x7-195-0601

Total Postage/Fees (U.S. $): 121.30

Address-1: 2414 S. Garfeld Ave

7. Sender's Email Address        8. Addressee's Email Address

City: Monterey Park   State: CA   ZIP Code: 91754

9. Exporter's Reference (If applicable and known)   10. Exporter's Telephone (If applicable and known)

11. Importer's Reference (If applicable and known)   12. Importer's Telephone (If applicable and known)

**ADDRESSEE'S INFORMATION**
Full Last Name: DONG   Full First Name: PHAM TIEN   MI

13. AES ITN (If applicable)   14. AES Exemption — NOEEI § (Check one if applicable)
☐ § 30.36   ☐ § 30.37 (a)   ☐ § 30.37 (h)
☐ § 30.37 (y)   ☐ Other ___

Business Name (if applicable)   Addressee's Telephone

15. License Number (If applicable) 16. Certificate Number (If applicable) 17. Invoice Number (If applicable)

Address-1: 268 Nguyen Trai
Address-2: Thanh Yuan District

18. Length (Inches)   19. Width (Inches)   20. Height (Inches)

Postal Code

21. Restrictions (If applicable — check all that apply)   22. Nondelivery Instructions (Check one)
☐ Quarantine   ☐ Return to Sender
☐ Sanitary/Phytosanitary Inspection   ☐ Treat as Abandoned

City: HaNoi   State/Province   Country: 120017 Vietnam

23. Sender's Signature and Date

**SHIPMENT INFORMATION**
1. Category of Items (Check all that apply)
☐ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

| 2. Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ | For Business Mailers, for items in Block 2 (if the information is known) |
| --- | --- | --- | --- | --- | --- |
| | | | | | 24. HS Tariff Number | 25. Country of Origin |
| LEGAL DOCUMENTS | 1000 pgs | 12.105 | | $100 | | |
| | | | | | | |
| | | | | | | |

6. Total

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992        IMPORTANT: This package may be opened officially.        **4 – Sender's Copy**

M. Othmane Samie, Esq. #344269
SAMIE LAW FIRM
2414 S Garfield Avenue
Monterey Park, CA 91754
(818) 836-4976 Office

Attorney for Plaintiff, Timeless Production FZ LLC

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC, A UNITED ARAB EMIRATES LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>VIECONNECT, a business entity managing the YouTube channel WOW TECH, WOW TV, TRAN VAN HA and DOES 1-10, Inclusive<br><br>     Defendant | Civil Action No.   5:25-CV-03639-NW<br><br><br>CERTIFICATE OF SERVICE |

**TO THE HONORABLE COURT JUDGE:**

    I, the undersigned, hereby certify that on May 14, 2025, I mailed out via U.S. Postal Service International Express mail a true and correct copies of the list of documents below:

| | | | |
|---|---|---|---|
| 1. | Cover Sheet | 8. | Declaration of Kenneth Silvers |
| 2. | Order setting Initial case | 9. | Memorandum of Points and Authorities |
| 3. | Summons | 10. | Proposed TRO and Order to Show Cause |
| 4. | Original Complaint | | |
| 5. | Amended Complaint | 11. | Form AO-121 |
| 6. | TRO Motion | 12. | Judge's order on TRO |
| 7. | Attorney Declaration | | |

CERTIFICATE OF SERVICE - 1 of 2

Two (2) sets of documents for each party were mailed out with tracking information to the country of Vietnam to the following parties:

A.    Mr. Tran Van Ha, Vietnam Technology and Services Investment Co Limited, 234 D. Pham Van Dong, Khu Chung cu Green Stars, Bac Tu Liem District, Hanoi, Vietnam.
Tracking # CH233709416US and CH233709376US. (Exhibit 1)

B.    Vieconnect Vietnam Technology and Services Investment, 2nd Floor Commercial Area, 27A2 Building, Green Star Apartments, 234 Pham Van Dong Street, CoNhue 1 Ward, Bac Tu Liem District, Hanoi, Vietnam.
Tracking # CH233709552US and CH233709504US. (Exhibit 2)

Executed this 14 day of May 2025, at Monterey Park, California.

_____
Michael Medina - Paralegal

CERTIFICATE OF SERVICE - 2 of 2

21

**Exhibit – 1**

**UNITED STATES POSTAL SERVICE ®**

**USPS Customs Declaration and Dispatch Note**

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

CH233709376US

| SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY | | |
|---|---|---|
| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

Full Last Name: aliie    Full First Name: Ollmané    MI

Business Name (if applicable): anie Law Firm.

Address: 2414 S. Garfield Ave

Address-2:

City: Stateson Park    State: CA    ZIP Code: 91754

Sender's Telephone

**7.** Sender's Email Address    **8.** Addressee's Email Address

**9.** Exporter's Reference (If applicable and known)    **10.** Exporter's Telephone (If applicable and known)

**11.** Importer's Reference (If applicable and known)    **12.** Importer's Telephone (If applicable and known)

**13.** AES ITN (If applicable)    **14.** AES Exemption — NOEEI § (Check one if applicable) ☐ § 30.36   ☐ § 30.37 (a)   ☐ § 30.37 (h)   ☐ § 30.37 (y)   ☐ Other

**15.** License Number (If applicable)   **16.** Certificate Number (If applicable)   **17.** Invoice Number (If applicable)

**ADDRESSEE'S INFORMATION**

Full Last Name: TRAN VAN    Full First Name:    MI

Business Name (if applicable): Vietnam Technology & Services Investment Co Limited    Addressee's Telephone

Address: 24 D. Pham Van Dong

Address-2: Khu chung cu Green Stars

City: Bac Tu Liem    State/Province: Ha Noi    Postal Code:    Country: Vietnam

**18.** Length (inches)   **19.** Width (inches)   **20.** Height (inches)

**21.** Restrictions (If applicable — check all that apply) ☐ Quarantine   ☐ Sanitary/Phytosanitary Inspection    **22.** Nondelivery Instructions (Check one) ☐ Return to Sender   ☐ Treat as Abandoned

**23.** Sender's Signature and Date    May 14 2025

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

**SHIPMENT INFORMATION**

For Business Mailers, for items in Block 2 (If the information is known)

**24.** HS Tariff Number    **25.** Country of Origin

| 2. Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) Lbs.  Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|
| Legal Documents | 1000 PGS | 10 lbs | $20 |

**6. Total**

PS Form **2976-R**, April 2016    PSN 7530-17-000-7992    IMPORTANT: This package may be opened officially.    **4 – Sender's Copy**

**UNITED STATES POSTAL SERVICE ®**

CH233709416US

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

SHIPMENT INFORMATION (*Continued*) — BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
|---|---|---|

**SENDER'S INFORMATION**

Full Last Name: SAME
Full First Name: OHMANE    MI:

Business Name (if applicable): AME LAW FIRM    Sender's Telephone:

Address-1: 2414 S. Garfield Ave.
Address-2:

City: Monterey Park    State: CA    ZIP Code: 91754

| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |
|---|---|---|

| 7. Sender's Email Address | 8. Addressee's Email Address |
|---|---|

| 9. Exporter's Reference (If applicable and known) | 10. Exporter's Telephone (If applicable and known) |
|---|---|

| 11. Importer's Reference (If applicable and known) | 12. Importer's Telephone (If applicable and known) |
|---|---|

| 13. AES ITN (If applicable) | 14. AES Exemption — NOEEI § (Check one if applicable) ☐ § 30.36  ☐ § 30.37 (a)  ☐ § 30.37 (h)  ☐ § 30.37 (y) ☐ Other |
|---|---|

**ADDRESSEE'S INFORMATION**

Full Last Name: HA
Full First Name: TRAN VAN    MI:

Business Name (if applicable): Vietnam Technology And Services Investment Co. Limited    Addressee's Telephone:

Address-1: 234 D. Pham Van Dong
Address-2: Khu Chung cu Green Stars    Postal Code:

City: Bac Tu Liem    State/Province: Ha Noi    Country: Vietnam

| 15. License Number (If applicable) | 16. Certificate Number (If applicable) | 17. Invoice Number (If applicable) |
|---|---|---|

| 18. Length (Inches) | 19. Width (Inches) | 20. Height (Inches) |
|---|---|---|

| 21. Restrictions (If applicable — check all that apply) ☐ Quarantine ☐ Sanitary/Phytosanitary Inspection | 22. Nondelivery Instructions (Check one) ☐ Return to Sender ☐ Treat as Abandoned |
|---|---|

23. Sender's Signature and Date: May 14 2025

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

**SHIPMENT INFORMATION**

1. Category of Items (Check all that apply)
☐ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other

| 2. Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) Lbs.    Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|
| Legal Documents | 1000 25 | 10 lbs | 410.0 |
| | | | |
| | | | |

6. Total:

| For Business Mailers: for items in Block 2 (if the information is known) | |
|---|---|
| 24. HS Tariff Number | 25. Country of Origin |
| | |

PS Form **2976-R**, April 2016    PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

4 – Sender's Copy

**Exhibit – 2**

CH233709504US

**UNITED STATES POSTAL SERVICE ®**

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION** (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

**SENDER'S INFORMATION**

Full Last Name: JAMIE
Full First Name: Othmane
MI:

Business Name (If applicable): JAMIE LAW FIRM
Sender's Telephone: 707-735-0601

Address-1: 3414 S. Garfield Avenue
Address-2:

City: Monterey Park
State: CA
ZIP Code: 91754

**ADDRESSEE'S INFORMATION**

Full Last Name:
Full First Name:
MI:

Business Name (If applicable): Vie connect Vietnam Technology Services Investment
Addressee's Telephone:

Address: 2nd Floor Commercial Area - 27A2 Building
Address-2: Green Star Apartments - 234 Pham Van Dong Street

City: Co Nhue 1 Ward, Bac Tu Liem District - Hanoi City
State/Province:
Postal Code:
Country: VIETNAM

**SHIPMENT INFORMATION**

1. Categories of Contents
☐ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods
☐ Humanitarian Donation ☐ Other

| 2. Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) | | 5. Value (Ea) |
|---|---|---|---|---|
| | | Lbs. | Oz. | U.S. $ |
| Legal Documents | 1000 pcs | 10 lbs | | $100 |
| | | | | |
| | | | | |
| 6. Total | | | | |

| 7. Sender's Email Address | 8. Addressee's Email Address |
|---|---|
| 9. Exporter's Reference (If applicable and known) | 10. Exporter's Telephone (If applicable and known) |
| 11. Importer's Reference (If applicable and known) | 12. Importer's Telephone (If applicable and known) |
| 13. AES ITN (If applicable) | 14. AES Exemption — NOEEI § (Check one if applicable) ☐ § 30.36  ☐ § 30.37(a)  ☐ § 30.37(h) ☐ § 30.37(y) ☐ Other |

| 15. License Number (If applicable) | 16. Certificate Number (If applicable) | 17. Invoice Number (If applicable) |
|---|---|---|
| 18. Length (Inches) | 19. Width (Inches) | 20. Height (Inches) |

| 21. Restrictions (If applicable — check all that apply) ☐ Quarantine ☐ Sanitary/Phytosanitary Inspection | 22. Nondelivery Instructions (Check one) ☐ Return to Sender ☐ Treat as Abandoned |
|---|---|

23. Sender's Signature and Date    May 14 2025

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 (If the information is known)

| 24. HS Tariff Number | 25. Country of Origin |
|---|---|
| | |

PS Form **2976-R**, April 2016    PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

**4 – Sender's Copy**



CH233709552US

**USPS Customs Declaration and Dispatch Note**

**UNITED STATES POSTAL SERVICE**®

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION** (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| 90751 | | / / |
| Total Postage/Fees (U.S. $) 121.30 | Insured Value (U.S. $) | Insured Fee (U.S. $) |

**SENDER'S INFORMATION**

Full Last Name: SAMIE   Full First Name: Othmane   MI:

Business Name (If applicable): Samie Law Firm   Sender's Telephone: 719-775-0641

Address-1: 2414 S. Orchard Avenue

Address-2:

City: Monterey Park   State: CA   ZIP Code: 91754

**ADDRESSEE'S INFORMATION**

Business Name (If applicable): VieConnect Vietnam Technology Services Investment

Address-1: 2nd Floor, Commercial Area - 27A2 Building

Address-2: Green Star Apartments - 234 Phan Van Dong Street   Postal Code:

City: Co Nhue 1 Ward, Bac Tu Liem District - Hanoi City   State/Province:   Country: Vietnam

**SHIPMENT INFORMATION**

1. Category of Item: ☐ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods ☐ Other ☐ Humanitarian Donation ☐ Returned Goods

| 2. Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) Lbs. Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|
| Legal Documents | 100 pgs | 10 lbs | $100 |
| | | | |
| | | | |

6. Total: 100

7. Sender's Email Address

8. Addressee's Email Address

9. Exporter's Reference (If applicable and known)

10. Exporter's Telephone (If applicable and known)

11. Importer's Reference (If applicable and known)

12. Importer's Telephone (If applicable and known)

13. AES ITN (If applicable)

14. AES Exemption – NOEEI § (Check one if applicable)
☐ § 30.36   ☐ § 30.37 (a)   ☐ § 30.37 (h)
☐ § 30.37 (y)   ☐ Other

15. License Number (If applicable)   16. Certificate Number (If applicable)   17. Invoice Number (If applicable)

18. Length (Inches)   19. Width (Inches)   20. Height (Inches)

21. Restrictions (If applicable — check all that apply)
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection

22. Nondelivery Instructions (Check one)
☐ Return to Sender
☐ Treat as Abandoned

23. Sender's Signature and Date: May 14 2025

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 (if the information is known)

24. HS Tariff Number

25. Country of Origin

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

**4 – Sender's Copy**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# **<u>Exhibit B</u>**

PLAINTIFF'S   MOTION   FOR   ALTERNATIVE   SERVICE   AND   INCORPORATED
MEMORANDUM OF LAW

# USPS Tracking®

FAQs ›

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/s

✕

Your item could not be delivered on May 28,
2025 at 1:35 pm in VIET NAM due to the
addressee not available at time of delivery.
It is scheduled for another delivery attempt
today.

_____

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

VIET NAM
May 28, 2025, 1:35 pm

VIET NAM
May 26, 2025, 9:49 am

VIET NAM
May 22, 2025, 11:33 am

LOS ANGELES, UNITED STATES
May 18, 2025, 12:50 pm

LOS ANGELES, UNITED STATES
May 18, 2025, 8:14 am

LOS ANGELES CA DISTRIBUTION CENTER
May 17, 2025, 2:33 pm

LOS ANGELES CA DISTRIBUTION
CENTER, UNITED STATES
May 16, 2025, 8:03 pm

BELL GARDENS, CA 90205
May 15, 2025, 9:48 pm



LOS ANGELES CA DISTRIBUTION CENTER
May 15, 2025, 8:59 pm

May 15, 2025

LOS ANGELES CA DISTRIBUTION CENTER
May 14, 2025, 11:10 pm

SAN PEDRO, CA 90731
May 14, 2025, 5:11 pm

SAN PEDRO, CA 90731
May 14, 2025, 3:19 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

30

# USPS Tracking®

FAQs >

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/s

✕

Your item is being processed by customs in
VIET NAM at 9:09 am on May 29, 2025.

_____

**Get More Out of USPS Tracking:**

> USPS Tracking Plus®

VIET NAM
May 29, 2025, 9:09 am

VIET NAM
May 28, 2025, 1:35 pm

VIET NAM
May 26, 2025, 8:26 am

LOS ANGELES, UNITED STATES
May 20, 2025, 12:50 pm

LOS ANGELES, UNITED STATES
May 20, 2025, 7:56 am

LOS ANGELES CA DISTRIBUTION CENTER
May 18, 2025, 3:33 pm

LOS ANGELES CA DISTRIBUTION
CENTER, UNITED STATES
May 18, 2025, 2:29 pm

May 17, 2025

31



BELL GARDENS, CA 90205
May 15, 2025, 9:48 pm

LOS ANGELES CA DISTRIBUTION CENTER
May 15, 2025, 8:59 pm

LOS ANGELES CA DISTRIBUTION CENTER
May 14, 2025, 11:10 pm

SAN PEDRO, CA 90731
May 14, 2025, 5:11 pm

SAN PEDRO, CA 90731
May 14, 2025, 3:20 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-**
**package)**

---

**Text & Email Updates**                                            ⌄

---

**USPS Tracking Plus®**                                              ⌄

---

**Product Information**                                              ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

# USPS Tracking®

FAQs >

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=L spsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/s

✕

Your item could not be delivered on May 28,
2025 at 1:35 pm in VIET NAM due to the
addressee not available at time of delivery.
It is scheduled for another delivery attempt
today.

_____

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

VIET NAM
May 28, 2025, 1:35 pm

VIET NAM
May 26, 2025, 9:39 am

VIET NAM
May 22, 2025, 11:27 am

LOS ANGELES, UNITED STATES
May 18, 2025, 12:50 pm

LOS ANGELES, UNITED STATES
May 18, 2025, 8:14 am

LOS ANGELES CA DISTRIBUTION CENTER
May 17, 2025, 2:33 pm

LOS ANGELES CA DISTRIBUTION
CENTER, UNITED STATES
May 16, 2025, 8:09 pm

BELL GARDENS, CA 90205
May 15, 2025, 9:48 pm



LOS ANGELES CA DISTRIBUTION CENTER
May 15, 2025, 8:59 pm

May 15, 2025

LOS ANGELES CA DISTRIBUTION CENTER
May 14, 2025, 11:10 pm

SAN PEDRO, CA 90731
May 14, 2025, 5:11 pm

SAN PEDRO, CA 90731
May 14, 2025, 3:21 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-**
**package)**

**Text & Email Updates**                                      ⌄

**USPS Tracking Plus®**                                        ⌄

**Product Information**                                        ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/s

✕

Your item could not be delivered on May 28, 2025 at 1:35 pm in VIET NAM due to the addressee not available at time of delivery. It is scheduled for another delivery attempt today.

_____

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

VIET NAM
May 28, 2025, 1:35 pm

VIET NAM
May 26, 2025, 9:38 am

VIET NAM
May 22, 2025, 11:25 am

LOS ANGELES, UNITED STATES
May 18, 2025, 12:50 pm

LOS ANGELES, UNITED STATES
May 18, 2025, 8:13 am

LOS ANGELES CA DISTRIBUTION CENTER
May 17, 2025, 12:03 pm

LOS ANGELES CA DISTRIBUTION
CENTER, UNITED STATES
May 17, 2025, 11:53 am

BELL GARDENS, CA 90205
May 15, 2025, 9:48 pm



LOS ANGELES CA DISTRIBUTION CENTER
May 15, 2025, 8:59 pm

May 15, 2025

LOS ANGELES CA DISTRIBUTION CENTER
May 14, 2025, 11:11 pm

SAN PEDRO, CA 90731
May 14, 2025, 5:11 pm

SAN PEDRO, CA 90731
May 14, 2025, 3:23 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

Feedback

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?
app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/s**

✕

Your item could not be delivered on May 28,
2025 at 1:35 pm in VIET NAM due to the
addressee not available at time of delivery.
It is scheduled for another delivery attempt
today.

_____

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

VIET NAM
May 28, 2025, 1:35 pm

VIET NAM
May 26, 2025, 9:29 am

VIET NAM
May 21, 2025, 10:22 am

LOS ANGELES, UNITED STATES
May 16, 2025, 1:54 pm

LOS ANGELES, UNITED STATES
May 16, 2025, 8:15 am

LOS ANGELES CA DISTRIBUTION CENTER
May 15, 2025, 8:18 pm

LOS ANGELES CA DISTRIBUTION
CENTER, UNITED STATES
May 15, 2025, 8:13 pm

May 15, 2025

BELL GARDENS, CA 90205
May 14, 2025, 5:49 am

LOS ANGELES CA DISTRIBUTION CENTER
May 14, 2025, 5:20 am

LOS ANGELES CA DISTRIBUTION CENTER
May 13, 2025, 7:56 pm

SAN PEDRO, CA 90731
May 13, 2025, 5:22 pm

SAN PEDRO, CA 90731
May 13, 2025, 4:25 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

Feedback

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?
app=U spsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/s**

✕

Your item could not be delivered on May 28,
2025 at 1:35 pm in VIET NAM due to the
addressee not available at time of delivery.
It is scheduled for another delivery attempt
today.

_____

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

VIET NAM
May 28, 2025, 1:35 pm

VIET NAM
May 26, 2025, 9:29 am

VIET NAM
May 21, 2025, 10:21 am

LOS ANGELES, UNITED STATES
May 17, 2025, 1:14 pm

LOS ANGELES, UNITED STATES
May 17, 2025, 8:26 am

LOS ANGELES CA DISTRIBUTION CENTER
May 16, 2025, 2:18 pm

LOS ANGELES CA DISTRIBUTION
CENTER, UNITED STATES
May 15, 2025, 6:17 pm

BELL GARDENS, CA 90205
May 15, 2025, 6:16 pm



May 14, 2025

LOS ANGELES CA DISTRIBUTION CENTER
May 13, 2025, 7:57 pm

SAN PEDRO, CA 90731
May 13, 2025, 5:22 pm

SAN PEDRO, CA 90731
May 13, 2025, 4:32 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-
package)**

---

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                     ⌄

---

**Product Information**                                     ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**