*Name:* **Mohamed Othmane Samie (CSBN: 344269)**

*Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**

*Phone:* **(818)-836-4976**

Attorney for Plaintiff
Timeless Production FZ LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>Plaintiff,<br>v.<br>**Pham Tien Dong, VIECONNECT, a business entity managing the YouTube channel WOW Tech, WOW TV, TRAN VAN HA and DOES 1-10, Inclusive**<br><br>Defendant. | Case No.: 5:25-cv-03639-NW |

### DECLARATION OF MOHAMED OTHMANE SAMIE IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

I, Mohamed Othmane Samie, declare under penalty of perjury:

1. I am an attorney duly licensed to practice law in the State of California and admitted to the United States District Court for the Northern District of California. I am counsel of record for Plaintiff Timeless Production FZ LLC in the above-captioned matter.

1

2. This declaration is made in support of Plaintiff's Motion for Alternative Service pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure.

3. Defendants are foreign individuals and entities located in Vietnam. Attempts were made to serve them through international mail with tracking numbers CH233652623US, CH233652950US, CH233709376US, CH233709416US, CH233709504US, and CH233709552US, but each attempt failed due to the addressee being unavailable at the time of delivery. Certificates of service has been attached in the motion as **Exhibit A**.

4. True and correct copies of the tracking results for six separate USPS mailings, downloaded directly from the official website of the United States Postal Service at https://tools.usps.com has been attached in the motion as **Exhibit B**.

5. Based on public information and counter notifications responses against DMCAs, Defendants operate the YouTube channels **WOW Tech** and **WOW TV**, and correspond using the email address associated with their YouTube accounts.

6. Additionally, Plaintiff has received DMCA counternotices from Defendants which list a mobile number linked to a WhatsApp account. Based on verification of contact metadata.

7. Plaintiff believes that service via (i) email, and (ii) WhatsApp, is reasonably calculated to provide actual notice to Defendants and is not prohibited by any applicable international treaty, including the Hague Convention, to which Vietnam is a signatory but which does not expressly forbid electronic service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

DECLARATION OF MOHAMED OTHMANE SAMIE IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

Executed on: June 05 2025

At: Monterey Park, CA

**Dated**: June 05 2025                    By: /s/ Mohamed Othmane Samie

                                                Mohamed Othmane Samie (CSBN: 344269)
                                                Counsel for Timeless Production FZ LLC

DECLARATION OF MOHAMED OTHMANE SAMIE IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE