UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br>v.<br>Pham Tien Dong, VIECONNECT, a business entity managing the YouTube channel WOW Tech, WOW TV, TRAN VAN HA and DOES 1-10, Inclusive<br><br>Defendant. | Case No.: 5:25-cv-03639-NW |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

Having considered Plaintiff Timeless Production FZ LLC's Motion for Alternative Service and the supporting Declaration of Counsel, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Alternative Service is **GRANTED**.

2. Plaintiff is authorized to serve Defendants Pham Tien Dong, VieConnect, and Does 1–10 by the following alternative means:

   a. **By electronic mail** to the email address(es) associated with the YouTube channels operated by Defendants, as identified in subpoena responses from Google LLC;

   b. **By WhatsApp** message to the phone number listed in DMCA counternotices or identified by Google/YouTube in subpoena responses;

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

3. Such service shall be deemed sufficient to satisfy the requirements of Federal Rule of Civil Procedure 4(f)(3).

**IT IS SO ORDERED.**

Dated: _____

United States District Judge

Northern District of California

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE