1  *Name:* **Mohamed Othmane Samie (CSBN: 344269)**

2  *Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**

   *Phone:* **(818)-836-4976**

3   Attorney for Plaintiff

4  Timeless Production FZ LLC

5              **UNITED STATES DISTRICT COURT**

6              **NORTHERN DISTRICT OF CALIFORNIA**

7  **TIMELESS PRODUCTION FZ**              **Case No.: 5:25-cv-03639-NW**

8  **LLC., A UNITED ARAB**
   **EMIRATES LIMITED**

9  **LIABILITY COMPANY,**

10              Plaintiff,

11                  v.

12  **Pham Tien Dong and DOES 1-10,**
    **Inclusive**

13              Defendants

14

15

16

17

18  **PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED**

    **MEMORANDUM OF LAW**

19   TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL

20   OF RECORD:

21  PLEASE TAKE NOTICE THAT Plaintiff Timeless Production FZ LLC ("Plaintiff") hereby

22  requests this Court, ex parte, for an order authorizing alternate service of process on Defendant

23                              i

24  PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED
    MEMORANDUM OF LAW

Pham Tien Dong, the operators and administrators of the monetized YouTube channels WOW Tech and WOW TV.

This motion is made on the grounds that alternate service by email is both appropriate and necessary because (1) Defendants operate their business entirely online through YouTube's platform, manage their channels exclusively through Google accounts, and rely on electronic communications to administers, monetize, and maintain their operations; and (2) Plaintiff now possesses verified Google subscriber and account-administration email address, obtained through subpoena, which provide a reliable, authenticated, and reasonably calculated means of notifying Defendants of this action.

This motion will be based on this Notice of Application, the accompanying Memorandum of Points and Authorities, the Declaration of Mohamed Othmane Samie, and all Exhibits filed herewith.

**Dated**: December 1, 2025        By:  /s/ Mohamed Othmane Samie

Mohamed Othmane Samie (CSBN: 344269)
Counsel for Timeless Production FZ LLC

ii

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

1

2

## **<u>TABLE OF CONTENTS</u>**

3

4

**INTRODUCTION**................................................................................................ 1

**STATEMENT OF FACTS**................................................................................ 2

**LEGAL STANDARD** ...................................................................................... 4

**ARGUMENT** ................................................................................................... 7

a.  Service by Email Is Not Prohibited by International Agreement ........................................... 7

b.  Defendants' Verified Email Address Are Reliable, Authenticated Through Google's Subpoena Response, and Reasonably Calculated to Provide Actual Notice ......................... 8

c.  Plaintiff Has Made Repeated, Documented, Good-Faith Attempts at Hague-Compliant Service, Satisfying the Diligence Requirement for Rule 4(f)(3) ......................... 10

d.   Service by Email Fully Comports with Constitutional Due Process .................................. 11

**V.  CONCLUSION**........................................................................................... 15

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

iii

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

1

## TABLE OF AUTHORITIES

2

**Cases**

3

**Astral IP Enterprise Ltd. v. Apero Techs. Group,**

2023 WL 5498730, at *2 (N.D. Cal. Aug. 23, 2023)..................................................... 12

**Brown v. China Integrated Energy, Inc.,**

285 F.R.D. 560, 563 (C.D. Cal. 2012). ......................................................................... 5

**Chanel, Inc. v. Zhibing,**

2010 WL 985286, at *3 (W.D. Tenn. Mar. 17, 2010) ................................................... 6

**D. Light Design, Inc. v. Boxin Solar Co.,**

No. C-13-5988 EMC, 2015 WL 526835, at *1 (N.D. Cal. Feb. 6, 2015).................... 6

**Facebook, Inc. v. Sahinturk,**

No. 20-cv-08153-JSC (N.D. Cal. Sept. 21, 2021) ........................................................ 6

**Google LLC v. Does 1–3,**

2023 WL 8851619, at *2 (N.D. Cal. Dec. 21, 2023) .................................................. 10

No. 23-cv-05823-VKD, 2023 WL 8851619, at *2 (N.D. Cal. Dec. 21, 2023 ............. 8

**Gurung v. Malhotra,**

279 F.R.D. 215, 219 (S.D.N.Y. 2011) .......................................................................... 8

**Microsoft Corp. v. Goldah.com Network Tech. Co.,**

 2017 WL 4536417, at *4 (N.D. Cal. Oct. 11, 2017)..................................................... 9

**Mullane v. Central Hanover Bank & Trust Co.,**

339 U.S. 306, 314 (1950).............................................................................................. 4, 5

**Rio Props., Inc. v. Rio Int'l Interlink,**

284 F.3d 1007, 1016–18 (9th Cir. 2002). ................................................................... 3, 5

iv

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED
MEMORANDUM OF LAW

1  284 F.3d 1007, 1017 (9th Cir. 2002) ................................................................. 10

2  284 F.3d 1007, 1017–18 (9th Cir. 2002). ........................................................... 12

3  **Rubie's Costume Co. v. Yiwu Hua Hao Toys Co.,**

4  2019 WL 6310564, at *3 (W.D. Wash. Nov. 25, 2019) ................................ 11, 13

5  **S.E.C. v. Anticevic,**

6  No. 05-cv-6991, 2009 WL 361739, at *4 (S.D.N.Y. Feb. 13, 2009) ...................... 6

7  **S.E.C. v. China Sky One Med., Inc.,**

8  2013 WL 12314508, at *3 (C.D. Cal. Aug. 20, 2013)............................................. 4

9  **Virtual Point, Inc. v. Hedera AB,**

10  2014 WL 1729025, at *3 (N.D. Cal. Apr. 29, 2014) ........................................... 10

11  No. 13-cv-5690-YGR, 2014 WL 1729025, at *3 (N.D. Cal. Apr. 29, 2014). ........... 6

12  **WhosHere, Inc. v. Orun,**

13  No. 1:13-cv-00526, 2014 U.S. Dist. LEXIS 22084, at *9 (E.D. Va. Feb. 20, 2014). ............ 8

14

15

16

17

18

19

20

21

22

23

24

v

PLAINTIFF'S  MOTION  FOR  ALTERNATIVE  SERVICE  AND  INCORPORATED
MEMORANDUM OF LAW

| Rule | Title | Page(s) |
|------|-------|---------|
| Fed. R. Civ. P. 4(f)(3) | Serving an Individual in a Foreign Country by other means not prohibited by international agreement, as the court orders. | 2, 6-18 |
| 17 U.S.C. § 512(g)(3)(D) | Requires that a DMCA counter-notification include the subscriber's consent to U.S. federal jurisdiction and acceptance of service of process. | 1,4-5, 14,18 |

vi

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

I.    INTRODUCTION

1. Plaintiff, Timeless Production FZ LLC, is a media production company that creates and distributes original videographic content featured on its Tekniq YouTube channel, including registered audiovisual works and copyrighted 2D artwork. Plaintiff's creative team produces unique, high-quality videos that attract a substantial global audience and form the core of Plaintiff's monetized online presence.

2. Defendant Pham Tien Dong, is a foreign online operator who administers two popular and financially lucrative YouTube channels—WOW Tech and WOW TV. Defendants are physically located outside the United States, operating from Vietnam, a jurisdiction where copyright enforcement is weak and digital infringement is widespread. Defendants downloaded Plaintiff's copyrighted Tekniq videos and registered 2D artwork, altered and re-uploaded them to their channels, and placed advertising on those videos to earn revenue, increase channel subscribers, and engage in other money-making activities using Plaintiff's copyrighted media content.

3. Defendants are knowingly and intentionally reproducing, displaying, distributing, and monetizing Plaintiff's registered copyrighted works in this District and throughout the United States without authorization. Their conduct includes removing or falsifying copyright-management information and submitting fraudulent DMCA counter-notices to YouTube in an effort to conceal their identity and maintain monetization of infringing content.

4. Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff requests an order authorizing service of process on Defendants via electronic mail. Plaintiff now possesses verified Google subscriber information, produced in response to a subpoena issued in In re Subpoena

1

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

to Google LLC, Case No 3:25-mc-80228-PHK, showing the exact email address Defendants use to access, operate, and monetize the WOW Tech and WOW TV channels.

5. Alternate service by e-mail is appropriate and necessary in this case because Defendants (1) operate exclusively through the Internet, and (2) rely on electronic communications—including the verified Google/YouTube account email to administer their commercial operations (3) Physical delivery has been attempted thrice but all were returned undelivered. As such, Plaintiff has the ability to reach Defendants directly and provide notice of Plaintiff's claims through those active email address.

6. Plaintiff respectfully submits that authorizing service of process—and service of all subsequent filings via email to the subpoena-verified Google/YouTube email address will benefit all parties and the Court by ensuring that Defendants promptly receive notice of the pendency of this action and allowing the case to proceed without further delay.

7. Absent the ability to serve Defendants by e-mail, Plaintiff would have no practical means of providing notice, as multiple Hague-compliant postal service attempts have failed and Defendants have provided no reliable physical address for service.

## II. STATEMENT OF FACTS

8. Plaintiff Timeless Production FZ LLC ("Timeless" or "Plaintiff") is a United Arab Emirates–based media production company that owns and distributes original audiovisual works on the Tekniq YouTube channel. Plaintiff holds registered U.S. copyrights in hundreds of videos and related creative works, including the audiovisual and 2D artwork works infringed by Defendants in this action.

2

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

9.  Defendants operate and administers two monetized YouTube channels—WOW Tech and WOW TV—which together generate substantial revenue through the YouTube Partner Program. Defendants have systematically reproduced, copied, altered, and monetized Plaintiff's copyrighted Tekniq videos and registered 2D-artwork thumbnails without authorization. Their conduct includes the removal and falsification of copyright-management information and the submission of fraudulent DMCA counter-notices to YouTube in an effort to obscure their identity and continue monetizing infringing content.

10. Defendant Pham Tien Dong submitted a DMCA counter-notification to YouTube under penalty of perjury using the email address justintgonzalez6@gmail.com, asserting authority over the WOW Tech and WOW TV channels **(Exhibit A)**. Although Defendant did provide a physical address, every attempt to serve documents at that location failed. Plaintiff repeatedly sent service packages to the address listed by Defendant, but each delivery attempt was unsuccessful, demonstrating that the address is not valid for purposes of service. Courts recognize that when a foreign defendant claims to operate from a physical address but, in practice, cannot be reached there particularly where the defendant administerss online-only operations such conduct constitutes an evasion of service justifying the use of electronic methods. *Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1016–18 (9th Cir. 2002).

11. In response to Plaintiff's subpoena in In re Subpoena to Google LLC, Case No. 3:25-mc-80228-PHK, Google LLC produced verified subscriber information **(Exhibit B)** connecting both the WOW Tech and WOW TV channels to the same network of email accounts, including *justintgonzalez6@gmail.com* the same email address provided by Defendant Pham Tien Dong in the DMCA counter notification. The subpoena response confirms

3

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

*justintgonzalez6@gmail.com* as the reliable, active, platform-verified contact points to the Defendant Pham Tien Dong for both the infringing youtube channels namely WOW Tech and WOW TV.

12. Plaintiff has made extensive, repeated, and documented attempts to serve Defendant Pham Tien Dong through international mail consistent with the Hague Service Convention. Between May and August 2025, Plaintiff attempted service at the Defendant Pham Tien Dong address thrice, all of which resulted in non-delivery and mails were returned **(Exhibit C)**. These repeated failures demonstrate that further physical attempts are futile. *S.E.C. v. China Sky One Med., Inc*., 2013 WL 12314508, at *3 (C.D. Cal. Aug. 20, 2013).

13. Defendants maintain no reliable physical office presence, conduct all monetized operations digitally through Google accounts, and actively control their YouTube channels through the email address confirmed in Google's subpoena response. Defendants' business model is entirely online, and their identity and infrastructure exist solely within Google's ecosystem.

14. Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff respectfully requests authorization to serve the summons and complaint via the subpoena-verified email address *justintgonzalez6@gmail.com*. Such service is (1) reasonably calculated to apprise Defendants of this action, (2) consistent with the requirements of due process, and (3) not prohibited by any international agreement, including the Hague Service Convention. *Mullane v. Central Hanover Bank & Trust Co*., 339 U.S. 306, 314 (1950).

15. This motion is supported by the Memorandum of Points and Authorities, the Declaration of Mohamed Othmane Samie, and the exhibits detailing Plaintiff's diligent service attempts, Google's subpoena response, and Defendants' ongoing infringement.

4

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

### III. LEGAL STANDARD

16. Federal Rule of Civil Procedure 4(f) governs service of process on individuals located outside the United States. Rule 4(f)(3) authorizes a court to permit service on a foreign defendant "by other means not prohibited by international agreement, as the court orders." This subsection stands on equal footing with service methods authorized under Rules 4(f)(1) and 4(f)(2), and confers broad discretion on district courts to fashion alternative methods when traditional routes are unreasonably slow, unreliable, or infeasible. *Rio Properties, Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1014–15 (9th Cir. 2002).

17. The Ninth Circuit has repeatedly clarified that Rule 4(f)(3) imposes no hierarchical or sequential requirement. Plaintiffs are not required to exhaust or even attempt service under the Hague Convention before seeking relief under Rule 4(f)(3). Rather, "Rule 4(f)(3) is merely one means among several" and "is neither a last resort nor extraordinary relief." Id. at 1015; *Brown v. China Integrated Energy, Inc*., 285 F.R.D. 560, 563 (C.D. Cal. 2012). What matters is demonstrating that alternative service is appropriate under the circumstances.

18. To authorize service under Rule 4(f)(3), courts apply a two-part inquiry: (1) the proposed method of service must not be prohibited by international agreement, and (2) the method must be reasonably calculated to provide actual notice, satisfying constitutional due process. *Rio Properties*, 284 F.3d at 1016; *Mullane v. Central Hanover Bank & Trust Co*., 339 U.S. 306, 314 (1950).

19. Although Rule 4(f)(3) is not a last resort, courts in this District generally expect plaintiffs to show a practical justification for alternative service—such as repeated failed service attempts, an inability to ascertain a reliable physical address, or circumstances

5

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

demonstrating that further attempts at traditional service would be futile or unduly burdensome. *Virtual Point, Inc. v. Hedera AB,* No. 13-cv-5690-YGR, 2014 WL 1729025, at *3 (N.D. Cal. Apr. 29, 2014).

20. Federal courts including those in the Northern District of California—have repeatedly approved email service under Rule 4(f)(3), especially where defendants operate online businesses, rely on digital platforms, or actively use email address associated with their commercial activities. See *Facebook, Inc. v. Sahinturk*, No. 20-cv-08153-JSC (N.D. Cal. Sept. 21, 2021) (authorizing email service on foreign online operators).

21. Due process requires only that the chosen method be "reasonably calculated, under all the circumstances," to apprise defendants of the action. *Mullane*, 339 U.S. at 314. Courts within the Ninth Circuit routinely hold that email satisfies this standard where, as here, the defendants actively use the same email address to operate the online accounts at issue. *Rio Properties*, 284 F.3d at 1017; *D. Light Design, Inc. v. Boxin Solar Co*., No. C-13-5988 EMC, 2015 WL 526835, at *1 (N.D. Cal. Feb. 6, 2015).

22. Where a defendant's address is unknown, unreliable, or repeatedly returns undelivered mail, courts hold that strict compliance with the Hague Convention is unnecessary or impossible. See *Chanel, Inc. v. Zhibing*, 2010 WL 985286, at *3 (W.D. Tenn. Mar. 17, 2010) (Hague Convention inapplicable where address unknown); *S.E.C. v. Anticevic*, No. 05-cv-6991, 2009 WL 361739, at *4 (S.D.N.Y. Feb. 13, 2009) (authorizing email service where mail had repeatedly failed). Even in Hague-signatory jurisdictions, Rule 4(f)(3) remains available whenever physical service is impracticable or futile—as demonstrated by multiple returned-mail attempts.

6

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

23. The Northern District of California specifically requires plaintiffs seeking email service to provide documented verification connecting the defendant to the proposed email address. *Google LLC*, 2023 WL 8851619, at *2. Subpoenaed Google records—showing channel ownership, linked email accounts, phone numbers, IP address histories, and account-recovery data satisfy this requirement and demonstrate ongoing control.

24. Rule 4(f)(3) therefore provides this Court with full authority to authorize email service where: (1) email is not prohibited by international agreement; (2) defendants operate an online-only business; (3) repeated efforts at traditional service have failed; and (4) verified platform data demonstrate that email is the method most likely to provide actual notice.

25. Plaintiff satisfies each of these criteria. The motion identifies each specific email address obtained through Google's subpoena response, attaches the authenticated subscriber data, and includes sworn declarations detailing Plaintiff's numerous failed service attempts, the unreliability of Defendants' physical address, and Defendants' exclusive reliance on online platforms. This evidentiary record meets all requirements under Rule 4(f)(3) and establishes that email is the only method reasonably calculated to ensure notice consistent with due process.

## IV. ARGUMENT

### A.  Service by Email Is Not Prohibited by International Agreement

26. Rule 4(f)(3) authorizes service of process on foreign defendants by any means "not prohibited by international agreement." Although Vietnam is a signatory to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, nothing in the Convention bars courts from authorizing service by

7

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

email. See *Google LLC v. Does* 1–3, No. 23-cv-05823-VKD, 2023 WL 8851619, at *2 (N.D. Cal. Dec. 21, 2023.

27. Vietnam has not objected to Article 10(a) of the Hague Convention, which permits service through postal channels, nor has Vietnam submitted any declaration objecting to email, electronic communication, or digital methods of service. Because Vietnam has not opted out of any provision relevant to email—service via email is not prohibited by international agreement.

28. Even in jurisdictions that *have* objected to Article 10(a), courts routinely find that Rule 4(f)(3) still permits service by email because email is not one of the methods enumerated in Article 10, and thus is not subject to any objection. See *Gurung v. Malhotra*, 279 F.R.D. 215, 219 (S.D.N.Y. 2011); *WhosHere, Inc. v. Orun*, No. 1:13-cv-00526, 2014 U.S. Dist. LEXIS 22084, at *9 (E.D. Va. Feb. 20, 2014).

29. Numerous courts—including those in this District—have affirmed that no provision of the Hague Convention prohibits service by email, WhatsApp, or other electronic means. So long as the Convention does not expressly forbid a method, Rule 4(f)(3) authorizes the Court to permit it. Accordingly, email service is not prohibited by any international agreement and falls squarely within the Court's discretion.

**B. Defendants' Verified Email Address Are Reliable, Authenticated Through Google's Subpoena Response, and Reasonably Calculated to Provide Actual Notice**

30. The email address i.e., justintgonzalez6@gmail.com which the Plaintiff seeks to use for service are not speculative, outdated, or inferred. The email address is subpoena-verified Google/YouTube account email the precise login credentials used by Defendants to operate the WOW Tech and WOW TV channels. Courts consistently hold that such platform-

8

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

verified emails are among the *most reliable and trustworthy* forms of electronic contact for online-based defendants.

31. In response to Plaintiff's subpoena, Google LLC produced authenticated subscriber data, including registration email, secondary email, ownership metadata, and associated IP address. These records confirm that Defendants consistently used justintgonzalez6@gmail.com to administerss, access, and monetize both channels namely WOW Tech and WOW TV.

32. Federal courts repeatedly emphasize that when a defendant uses a particular email address to own, control, or log into an online account, service to that address is "reasonably calculated" to provide actual notice. See *Microsoft Corp. v. Goldah.com Network Tech. Co.*, 2017 WL 4536417, at *4 (N.D. Cal. Oct. 11, 2017) (email service proper where subpoena confirmed the address was the login credential for defendant's infringing accounts).

33. Plaintiff submits concrete, documentary evidence demonstrating ongoing, active use of the email account:

- Google's verified subscriber records show recent login activity from Vietnamese IP ranges linked to Defendants.

- Defendants provided the same address in prior DMCA communications associated with WOW Tech and WOW TV.

- Plaintiff sent test email to this justintgonzalez6@gmail.com using RMail Registered Proof of Delivery, and it did not bounced, confirming that mailbox remains active and capable of receiving notice.

9

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

This meets the District's requirement for evidentiary specificity. See *Google LLC v. Does 1–3*, 2023 WL 8851619, at *2 (N.D. Cal. Dec. 21, 2023) (requiring "a factual record tying the email address to the defendant's active use").

34. The Ninth Circuit has repeatedly affirmed that email service is appropriate when (1) the defendant's business is internet-based, (2) the defendant uses the email address in question to conduct that business, and (3) traditional service methods have proven futile or impracticable. See *Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1017 (9th Cir. 2002). All three elements are satisfied here.

35. Accordingly, because (a) Defendants' verified Google/YouTube account email are authenticated, active, and under Defendants' control; (b) these address are the very conduits through which Defendants upload content, earn revenue, and communicate with YouTube; and (c) registered proof-of-delivery tests confirm the address functionality, service by email is not only reasonably calculated to provide notice it is the single most reliable method available.

**C. Plaintiff Has Made Repeated, Documented, Good-Faith Attempts at Hague-Compliant Service, Satisfying the Diligence Requirement for Rule 4(f)(3)**

36. Although Rule 4(f)(3) does not require exhaustion of all other service methods, courts in this District generally expect plaintiffs to demonstrate repeated, good-faith, and documented attempts to effect service under the Hague Convention or other reasonably available channels before seeking court-ordered alternative service. See *Virtual Point, Inc. v. Hedera AB,* 2014 WL 1729025, at *3 (N.D. Cal. Apr. 29, 2014).

10

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

37. Plaintiff made three separate attempts to serve Defendants Pham Tien Dong—using international USPS Priority Mail and Registered Mail. Each attempt has been returned undelivered. The following are as CH233-652-623US, CH233-652-950US, EH042-864-308US. These are not perfunctory or isolated attempts. The attempts demonstrates persistence, diligent efforts, and reasonable spacing between attempts.

38. The results of these attempts show that physical service in Vietnam is impracticable, uncertain, and highly unlikely to succeed even with further effort. Courts routinely find this type of repeated, failed international delivery sufficient to justify 4(f)(3) relief. See See *Rubie's Costume Co. v. Yiwu Hua Hao Toys Co*., 2019 WL 6310564, at *3 (W.D. Wash. Nov. 25, 2019) (email service granted where multiple international mail attempts failed and defendant's location could not be confirmed). Moreover, Plaintiff's repeated postal attempts reflect the very diligence and good-faith effort.

39. The repeated inability of postal authorities to deliver to those address strongly suggests that Defendants are either unreachable or actively avoiding receipt, both of which constitute sufficient good cause for alternative service. See *Rubie's Costume Co. v. Yiwu Hua Hao Toys Co*., 2019 WL 6310564, at *3 (W.D. Wash. Nov. 25, 2019).

40. For these reasons, Plaintiff has now met—and exceeded—the diligence threshold required to proceed under Rule 4(f)(3). Given the repeated failure of Hague-compliant postal channels, email service is not merely appropriate, but necessary to ensure notice consistent with due process.

**D.  Service by Email Fully Comports with Constitutional Due Process**

41. Due process requires that the method of service be "reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them

11

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

1    an opportunity to present their objections. Courts within the Ninth Circuit have

2    consistently held that email service satisfies *Mullane* where the plaintiff demonstrates that

3    the targeted email address are actually used by the defendant, particularly when the

4    defendant operates an online business. See *Rio Props., Inc. v. Rio Int'l Interlink,* 284 F.3d

5    1007, 1017–18 (9th Cir. 2002).

6    42. Here, every factor that federal courts rely on to determine whether electronic service

7    satisfies due process is fully met. Defendants (1) operate entirely online, (2) use their

8    Google/YouTube accounts as the core infrastructure of their business, (3) actively log into

9    these accounts from Vietnamese IP address, and (4) rely on the subpoena-verified email

10    address justintgonzalez6@gmail.com to administers the WOW Tech and WOW TV

11    channels. These facts place this case squarely within the large body of cases where email

12    service is upheld as the method most likely to provide actual notice. This satisfies the

13    requirement that the chosen method "bear a direct connection to the defendant" and be

14    "highly probable to reach them." *Astral IP Enterprise Ltd. v. Apero Techs. Group*, 2023

15    WL 5498730, at *2 (N.D. Cal. Aug. 23, 2023).

16    43. The Supreme Court has emphasized that due process is practical, not mechanical. Notice

17    need not be perfect—it must be reasonable. *Mullane*, 339 U.S. at 315. Where, as here,

18    defendants conduct their business exclusively online and provide no reliable physical

19    address, email is not only reasonable—it is the most effective and realistic means of

20    communication. Courts routinely approve electronic service where physical address are

21    unverified, unreliable, or repeatedly unsuccessful.

22    44. Plaintiff also conducted successful proof-of-delivery test using RMail Registered Email.

23    Test email sent to the subpoena-verified address was delivered without bounce-backs,

24

12

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED
MEMORANDUM OF LAW

confirming that the inbox is active and able to receive communications. Courts have consistently relied on similar delivery-test evidence to approve email service.

45. The Ninth Circuit has repeatedly upheld email service where a defendant deliberately evades service or conceals accurate physical location information. Id.; see also *Rubie's Costume Co. v. Yiwu Hua Hao Toys Co*., 2019 WL 6310564, at *3 (W.D. Wash. Nov. 25, 2019). Here, repeated failed deliveries, false address, and the defendants' exclusive reliance on online accounts establish that email service is not merely sufficient—it is the only method capable of satisfying due process.

**E.  Plaintiff's Evidentiary Record Satisfies Rule 4(f)(3) and Remedies the Deficiencies Identified in the Court's Prior Order**

46. Plaintiff submits a greatly expanded evidentiary record that provides all the documentary support the Court including: (1) repeated, tracked service attempts, (2) subpoena-verified Google/YouTube records, (3) independent verification of email functionality, and (4) sworn declarations linking each Defendant to each email address.

47. First, Plaintiff provides three failed independent USPS international service attempts to the physical address provided by Defendant Pham Tien Dong **(Exhibit C)**." Such persistent but unsuccessful efforts demonstrate that traditional methods are futile, satisfying NDCA's diligence requirement. *Rubie's Costume Co. v. Yiwu Hua Hao Toys Co*., 2019 WL 6310564, at *3 (W.D. Wash. Nov. 25, 2019) (email service granted where multiple international mail attempts failed and defendant's location could not be confirmed).

48. Second, Plaintiff submits Google's subpoena response, which definitively link  Defendant to    specific,    active    email    account    through    Registration    email    @

13

PLAINTIFF'S   MOTION   FOR   ALTERNATIVE   SERVICE   AND   INCORPORATED MEMORANDUM OF LAW

justintgonzalez6@gmail.com,  Primary and secondary owner emails;    Contact email;

Associated IP login history (Vietnam);    Account metadata connecting owners across both

channels.

49. These records directly tie the proposed service email justintgonzalez6@gmail.com to the

individuals and entities controlling the infringing channels, providing the type of concrete

evidentiary nexus courts require.

50. Third, Plaintiff conducted RMail Registered Proof-of-Delivery tests to each subpoena-

verified address **(Exhibit D)**. the test email were successfully delivered without bounce-

back, demonstrating active and functioning inboxes. Courts consider email-delivery

confirmation highly persuasive evidence supporting Rule 4(f)(3) service.

51. Fourth, Plaintiff's counsel submits a detailed sworn declaration, supported by exhibits,

describing the USPS tracking results for every service attempt; the   subpoena-verification

process    with    Google;    independent    authentication    of    email    functionality;

identification of email address proposed for service; and the connection between each

Defendant and each email account.

52. Fifth, Plaintiff's evidentiary record now eliminates the ambiguity as Plaintiff seeks only one

precise method of service—email—directed to specific, subpoena-authenticated email

address @ justintgonzalez6@gmail.com, expressly identified in the motion and in the

proposed order.

53. Sixth, every email address Plaintiff seeks to serve has a direct operational connection to

Defendants' infringing YouTube channels. This is the same email id which the defendant

has provided in the DMCA Counter-Notification **(Exhibit A)** and it is the same email

account Defendants use to submit DMCA counter-notices; manage channel ownership; and

14

PLAINTIFF'S   MOTION   FOR   ALTERNATIVE   SERVICE   AND   INCORPORATED
MEMORANDUM OF LAW

to receive platform notifications.  Such a nexus is precisely the type of evidence courts rely upon when approving electronic service.

54. Finally, Plaintiff's evidentiary showing meets all three requirements articulated in Rio Properties—(1) no international prohibition, (2) necessity under the circumstances, and (3) due process. Each component is supported by documentary proof and sworn evidence, enabling the Court to make the findings.

## V.  CONCLUSION

55. For the foregoing reasons, Plaintiff Timeless Production FZ LLC respectfully requests that this Court grant its motion for alternative service pursuant to Federal Rule of Civil Procedure 4(f)(3) and authorize service of the Complaint, Summons, and all subsequent filings and discovery in this matter upon Defendants Pham Tien Dong exclusively by email to the subpoena-verified Google account address justintgonzalez6@gmail.com associated with the WOW Tech and WOW TV YouTube channels.

56. Accordingly, Plaintiff respectfully requests authorization to effect service via email to the specific, subpoena-verified email address justintgonzalez6@gmail.com for both the youtube channels namely WOW Tech and WOW TV.

57. Plaintiff therefore respectfully requests that the Court enter the Proposed Order authorizing service via the email address listed above and deeming service complete upon transmission.

**Dated**: December 1 ,2025                    By: /s/ Mohamed Othmane Samie

Mohamed Othmane Samie (CSBN: 344269)
Counsel for Timeless Production FZ LLC

15

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT A

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

 We Protect Your Content <legal@welicense.co>

---

## Re: [AG6B7SOEBLE7VQY6KNLC4NGYTY] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+03d3k4p6kok9k0h@google.com>       Tue, Apr 22, 2025 at 7:51 PM
Reply-To: YouTube Copyright <youtube-disputes+03d3k4p6kok9k0h@google.com>
To: legal@welicense.co



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=85LgmuP_ouU

Display name of uploader: WOW Tech

Tôi có các quyền hoặc quyền cần thiết để tải lên tất cả nội dung có trong video và sẵn sàng bảo vệ khiếu nại đó trước tòa và sẵn sàng chịu trách nhiệm trước pháp luật. Nội dung bị gỡ bỏ do nhầm lẫn hoặc do xác định sai bởi: 1. Tôi có đầy đủ về bản quyền. Tôi đã mua giấy phép nội dung âm thanh, hình ảnh cho những video này thông qua tác giả, tôi có đầy đủ giấy tờ pháp lý đã được ký với tác giả chứng minh việc sử dụng nội dung hợp pháp kênh của tôi. Tôi có thể cung cấp cho tòa án gần nhất các tài liệu liên quan để giải quyết tranh chấp này. 2. Về mặt pháp lý tôi sẵn sàng chịu trách nhiệm trước pháp luật và ra toà án. Sau khi làm việc với luật sư một cách cẩn thận, tôi có thể khẳng định rằng: Nếu YouTube cũng như bên đã khiếu nại bản quyền một cách nhầm lẫn không gỡ bỏ vi phạm, chúng tôi sẽ thực hiện mọi hành động pháp lý chống lại vì chúng tôi có đầy đủ chứng từ về bản quyền trên YouTube. Ngoài ra sau khi mua về tôi tự làm video, mỗi video có project riêng, âm thanh hình ảnh có giấy phép, cover lại mới 100% trước khi đăng lên kênh nên luôn tuân thủ quy tắc sử dụng hợp lý của YouTube. Kênh của tôi đang ở YouTube network Media Cube . Việc cảnh cáo bản quyền đối với kênh của tôi ảnh hưởng rất lớn đến uy tín danh dự và công việc của tôi và network. Đó là một sự nhầm lẫn, các bạn hãy chuyển tiếp đến người đã khiếu nại. Tôi có các quyền hoặc quyền cần thiết để tải lên tất cả nội dung có trong video và sẵn sàng bảo vệ khiếu nại đó trước tòa và sẵn sàng chịu trách nhiệm trước pháp luật.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Pham Tien Dong

Pham Tien Dong
268 Nguyen Trai
Ha Noi
Thanh Xuan 120017
Vietnam

justintgonzalez6@gmail.com

0945 650 688

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 Gmail

**Younes Ben Fredj <tekniqvideos@gmail.com>**

---

## Re: [562Y27V645IQ5JKW45A2N2GJ5E] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+2l2kwlqm51lr40h@google.com>    Tue, Apr 22, 2025 at 10:09 AM
Reply-To: YouTube Copyright <youtube-disputes+2l2kwlqm51lr40h@google.com>
To: tekniqvideos@gmail.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=GkUs_rYNmME

Display name of uploader: WOW Tech

Tôi có các quyền hoặc quyền cần thiết để tải lên tất cả nội dung có trong video và sẵn sàng bảo vệ khiếu nại đó trước tòa và sẵn sàng chịu trách nhiệm trước pháp luật. Nội dung bị gỡ bỏ do nhầm lẫn hoặc do xác định sai bởi: 1. Tôi có đầy đủ về bản quyền. Tôi đã mua giấy phép nội dung âm thanh, hình ảnh cho những video này thông qua tác giả, tôi có đầy đủ giấy tờ pháp lý đã được ký với tác giả chứng minh việc sử dụng nội dung hợp pháp kênh của tôi. Tôi có thể cung cấp cho tòa án gần nhất các tài liệu liên quan để giải quyết tranh chấp này. 2. Về mặt pháp lý tôi sẵn sàng chịu trách nhiệm trước pháp luật và ra toà án. Sau khi làm việc với luật sư một cách cẩn thận, tôi có thể khẳng định rằng: Nếu YouTube cũng như bên đã khiếu nại bản quyền một cách nhầm lẫn không gỡ bỏ vi phạm, chúng tôi sẽ thực hiện mọi hành động pháp lý chống lại vì chúng tôi có đầy đủ chứng từ về bản quyền trên YouTube. Ngoài ra sau khi mua về tôi tự làm video, mỗi video có project riêng, âm thanh hình ảnh có giấy phép, cover lại mới 100% trước khi đăng lên kênh nên luôn tuân thủ quy tắc sử dụng hợp lý của YouTube. Kênh của tôi đang ở YouTube network Media Cube . Việc cảnh báo bản quyền đối với kênh của tôi ảnh hưởng rất lớn đến uy tín danh dự và công việc của tôi và network. Đó là một sự nhầm lẫn, các bạn hãy chuyển tiếp đến người đã khiếu nại. Tôi có các quyền hoặc quyền cần thiết để tải lên tất cả nội dung có trong video và sẵn sàng bảo vệ khiếu nại đó trước tòa và sẵn sàng chịu trách nhiệm trước pháp luật.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Pham Tien Dong

Pham Tien Dong
268 Nguyen Trai
Ha Noi
Thanh Xuan 120017
Vietnam

justintgonzalez6@gmail.com

0945 650 688

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 Gmail

We Protect Your Content <legal@welicense.co>

---

## Fwd: [4QNDXQWWNTIJK3WPT5IR6WASDQ] New Copyright Counter Notification
1 message

**Younes Ben Fredj** <tekniqvideos@gmail.com>                                 Wed, Apr 23, 2025 at 7:14 PM
To: "We License.co" <legal@welicense.co>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+156bke51kfc0a0h@google.com>
Date: Wed, Apr 23, 2025 at 6:15 PM
Subject: Re: [4QNDXQWWNTIJK3WPT5IR6WASDQ] New Copyright Counter Notification
To: <tekniqvideos@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=zZyI2n1EVAQ

Display name of uploader: WOW TV

Tôi có các quyền hoặc quyền cần thiết để tải lên tất cả nội dung có trong video và sẵn sàng bảo vệ khiếu nại đó trước tòa và sẵn sàng chịu trách nhiệm trước pháp luật. Nội dung bị gỡ bỏ do nhầm lẫn hoặc do xác định sai bởi: 1. Tôi có đầy đủ về bản quyền. Tôi đã mua giấy phép nội dung âm thanh, hình ảnh cho những video này thông qua tác giả, tôi có đầy đủ giấy tờ pháp lý đã được ký với tác giả chứng minh việc sử dụng nội dung hợp pháp kênh của tôi. Tôi có thể cung cấp cho tòa án gần nhất các tài liệu liên quan để giải quyết tranh chấp này. 2. Về mặt pháp lý tôi sẵn sàng chịu trách nhiệm trước pháp luật và ra toà án. Sau khi làm việc với luật sư một cách cẩn thận, tôi có thể khẳng định rằng: Nếu YouTube cũng như bên đã khiếu nại bản quyền một cách nhầm lẫn không gỡ bỏ vi phạm, chúng tôi sẽ thực hiện mọi hành động pháp lý chống lại vì chúng tôi có đầy đủ chứng từ về bản quyền trên YouTube. Ngoài ra sau khi mua về tôi tự làm video, mỗi video có project riêng, âm thanh hình ảnh có giấy phép, cover lại mới

100% trước khi đăng lên kênh nên luôn tuân thủ quy tắc sử dụng hợp lý của YouTube . Việc cảnh cáo bản quyền đối với kênh của tôi ảnh hưởng rất lớn đến uy tín danh dự và công việc của tôi và network. Đó là một sự nhầm lẫn, các bạn hãy chuyển tiếp đến người đã khiếu nại. Tôi có các quyền hoặc quyền cần thiết để tải lên tất cả nội dung có trong video và sẵn sàng bảo vệ khiếu nại đó trước tòa và sẵn sàng chịu trách nhiệm trước pháp luật.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Pham Tien Dong

Pham Tien Dong
268 Nguyen Trai
Ha Noi
Thanh Xuan 120017
Vietnam

justintgonzalez6@gmail.com

0945 650 688

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# **Exhibit B**

**Google Subpoena Production: Verified Channel Ownership and Access Information**

| Channel Name | YouTube URL | Channel ID | Verified Email | Role / Access Level |
|---|---|---|---|---|
| WOW Tech | https://youtube.com/@wowtech999 | UC1v9Z1WjiRl4b-WBWGOzsJg | justintgonzalez6@gmail.com | Manager |
| WOW TV | https://youtube.com/@wowtveng66 | UCBoD9qWJVIwuqFMpImiqqDw | justintgonzalez6@gmail.com | Manager |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# **Exhibit C**

Tracking Number Copied

# USPS Tracking®

FAQs >

Tracking Number:

**Remove ✕**

## CH233652623US

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item could not be delivered on November 28, 2025 at 11:30 am in MONTEREY PARK, CA 91754. It was held for the required number of days and is being returned to the sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Alert**

● **Unclaimed/Being Returned to Sender**
MONTEREY PARK, CA 91754
November 28, 2025, 11:30 am

● **Redelivery Scheduled for Next Business Day**
MONTEREY PARK, CA 91754
November 8, 2025, 10:43 am

● **Notice Left (No Secure Location Available)**
MONTEREY PARK, CA 91754
October 28, 2025, 3:59 pm

● **Arrived at Post Office**
MONTEREY PARK, CA 91754
October 27, 2025, 6:04 am

● **Processing at USPS Facility**
MONTEREY PARK, CA 91754
October 27, 2025, 5:40 am

● **Arrived at USPS Regional Facility**

Feedback

CITY OF INDUSTRY CA DISTRIBUTION CENTER
October 25, 2025, 7:55 pm

**In Transit to Next Facility**

October 23, 2025

**Customs Clearance**

ISC LOS ANGELES CA (USPS)
October 19, 2025, 9:11 am

**Arrived at USPS Facility**

BELL GARDENS, CA 90205
October 19, 2025, 9:11 am

**Inbound Into Customs**

**Processed Through USPS Facility**

ISC NEW YORK NY(USPS)
October 15, 2025, 7:17 pm

**Origin Post is Preparing Shipment**

**Customs Clearance Processing Complete**

VIET NAM
September 11, 2025, 8:41 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## CH233652950US

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item could not be delivered on November 28, 2025 at 11:29 am in MONTEREY PARK, CA 91754. It was held for the required number of days and is being returned to the sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Alert**
**Unclaimed/Being Returned to Sender**
MONTEREY PARK, CA 91754
November 28, 2025, 11:29 am

**Redelivery Scheduled for Next Business Day**
MONTEREY PARK, CA 91754
November 8, 2025, 10:43 am

**Notice Left (No Authorized Recipient Available)**
MONTEREY PARK, CA 91754
October 20, 2025, 11:14 am

**Arrived at Post Office**
MONTEREY PARK, CA 91754
October 20, 2025, 8:16 am

**Arrived at USPS Regional Facility**
CITY OF INDUSTRY CA DISTRIBUTION CENTER
October 20, 2025, 4:16 am

**Arrived at USPS Facility**
AVONDALE, AZ 85323
October 19, 2025, 12:47 am

Feedback

**Processed Through USPS Facility**

ISC NEW YORK NY(USPS)
October 15, 2025, 7:14 pm

**Inbound Into Customs**

**Origin Post is Preparing Shipment**

**Customs Clearance Processing Complete**

VIET NAM
September 11, 2025, 8:41 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Tracking Number Copied

# USPS Tracking®

FAQs ❯

**Tracking Number:**

## EH042864308US

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

### Latest Update

Your item could not be delivered or returned to sender. As of 5:23 am on November 19, 2025, it is being forwarded to the USPS Mail Recovery Center where it will be processed. Please initiate a missing mail search on your item.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

🔴 **Alert**
**Sent to Mail Recovery Center**
November 19, 2025, 5:23 am

🔵 **Unclaimed/Being Returned to Sender**
MONTEREY PARK, CA 91754
November 17, 2025, 2:04 pm

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
| --- | --- |

| Proof of Delivery | ⌄ |
| --- | --- |

| USPS Tracking Plus® | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# **<u>Exhibit D</u>**

 **Outlook**

## Receipt: Confirmation of Contact –  Timeless Productions FZ LLC v. Pham Tien Dong

**From** Receipt <receipt@r1.rpost.net>

**Date** Sat 2025-11-29 6:12 PM

**To** Michael Medina <michael.medina@samielawfirm.com>

📎 2 attachments (127 KB)

DeliveryReceipt.xml; HtmlReceipt.htm;

 

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net' or click here**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| justintgonzalez6@gmail.com | Delivered and Opened | HTTP-IP:74.125.150.32 | 11/30/2025 12:12:49 AM (UTC) | 11/29/2025 04:12:49 PM (UTC -08:00) | 11/29/2025 04:12:51 PM (UTC -08:00) |
| michael.medina@samielawfirm.com | Delivered to Mailbox | Delivery confirmed by recipient mail server at NETORGFT15761119.onmicrosoft.com | 11/30/2025 12:12:12 AM (UTC) | 11/29/2025 04:12:12 PM (UTC -08:00) | |
| othmane.samie@gmail.com | Delivered to Mail Server | relayed;gmail-smtp-in.l.google.com (173.194.76.27) | 11/30/2025 12:12:48 AM (UTC) | 11/29/2025 04:12:48 PM (UTC -08:00) | |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| From: | michael.medina@samielawfirm.com <michael.medina@samielawfirm.com> |
|---|---|
| Subject: | Confirmation of Contact –  Timeless Productions FZ LLC v. Pham Tien Dong |
| To: | <justintgonzalez6@gmail.com> |
| Cc: | <michael.medina@samielawfirm.com> |
| Bcc: | <othmane.samie@gmail.com> |
| Network ID: | 1b93724b-bf7b-4d42-9827-deb84414000b@SM25 |
| Received by RMail System: | 11/30/2025 12:12:08 AM (UTC), 11/29/2025 04:12:08 PM (UTC -08:00) (Local) |
| Client Code: | |

### Message Statistics

| Tracking Number: | 4226D47D8BB9F147121B5B4BFFB13896532E97A3 |
|---|---|
| Message Size: | 2038 |
| Features Used: | 📕R 📕RR |

### Delivery Audit Trail

11/30/2025 12:12:48 AM starting gmail.com/{default} 11/30/2025 12:12:48 AM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-i n.l.google.com (173.194.76.27) 11/30/2025 12:12:48 AM connected from 192.168.10.11:41961 11/30/2025 12:12:48 AM >>> 220 mx.goog le.com ESMTP ffacd0b85a97d-42e1c5bdb72si3888548f8f.86 - gsmtp 11/30/2025 12:12:48 AM <<< EHLO mta21.r1.rpost.net 11/30/2025 12:12:48 AM >>> 250-mx.google.com at your service, [52.58.131.9] 11/30/2025 12:12:48 AM >>> 250-SIZE 157286400 11/30/2025 12:1 2:48 AM >>> 250-8BITMIME 11/30/2025 12:12:48 AM >>> 250-STARTTLS 11/30/2025 12:12:48 AM >>> 250-ENHANCEDSTATUSCODE S 11/30/2025 12:12:48 AM >>> 250-PIPELINING 11/30/2025 12:12:48 AM >>> 250-CHUNKING 11/30/2025 12:12:48 AM >>> 250 SMTP UTF8 11/30/2025 12:12:48 AM <<< STARTTLS 11/30/2025 12:12:48 AM >>> 220 2.0.0 Ready to start TLS 11/30/2025 12:12:48 AM tls:TL Sv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 (session reused) 11/30/2025 12:12:48 AM tls:Cert: /CN=mx.googl e.com; issuer=/C=US/O=Google Trust Services/CN=WR2; verified=no 11/30/2025 12:12:48 AM <<< EHLO mta21.r1.rpost.net 11/30/2025 12:12:48 AM >>> 250-mx.google.com at your service, [52.58.131.9] 11/30/2025 12:12:48 AM >>> 250-SIZE 157286400 11/30/2025 12:1 2:48 AM >>> 250-8BITMIME 11/30/2025 12:12:48 AM >>> 250-ENHANCEDSTATUSCODES 11/30/2025 12:12:48 AM >>> 250-PIPELINI NG 11/30/2025 12:12:48 AM >>> 250-CHUNKING 11/30/2025 12:12:48 AM >>> 250 SMTPUTF8 11/30/2025 12:12:48 AM <<< MAIL FRO M: BODY=8BITMIME 11/30/2025 12:12:48 AM >>> 250 2.1.0 OK ffacd0b85a97d-42e1c5bdb72si3888548f8f.86 - gsmtp 11/30/2025 12:12:48 AM <<< RCPT TO: 11/30/2025 12:12:48 AM >>> 250 2.1.5 OK ffacd0b85a97d-42e1c5bdb72si3888548f8f.86 - gsmtp 11/30/2025 12:12:48 AM <<< DATA 11/30/2025 12:12:48 AM >>> 354 Go ahead ffacd0b85a97d-42e1c5bdb72si3888548f8f.86 - gsmtp 11/30/2025 12:12:48 AM <<< . 11/30/2025 12:12:49 AM >>> 250 2.0.0 OK 1764461569 ffacd0b85a97d-42e1c5bdb72si3888548f8f.86 - gsmtp 11/30/2025 12:12:49 AM done 11/30/2025 12:12:49 AM >>> QUIT 11/30/2025 12:12:49 AM >>> 221 2.0.0 closing connection ffacd0b85a97d-42e1c5bdb72si3888548f8f.86 - gsmtp 11/30/2025 12:12:49 AM closed gmail-smtp-in.l.google.com (173.194.76.27) in=767 out=11356 11/30/2025 12:12:49 AM done gmail.com/ {default}

11/30/2025 12:12:09 AM starting samielawfirm.com/{default} 11/30/2025 12:12:09 AM connecting from mta21.r1.rpost.net (0.0.0.0) to sami elawfirm-com.mail.protection.outlook.com (52.101.41.54) 11/30/2025 12:12:09 AM connected from 192.168.10.11:32807 11/30/2025 12:1 2:09 AM >>> 220 SJ5PEPF00000205.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Sun, 30 Nov 2025 00:12:08 + 0000 [08DE2E6532D2E851] 11/30/2025 12:12:09 AM <<< EHLO mta21.r1.rpost.net 11/30/2025 12:12:09 AM >>> 250-SJ5PEPF0000020 5.mail.protection.outlook.com Hello [52.58.131.9] 11/30/2025 12:12:09 AM >>> 250-SIZE 157286400 11/30/2025 12:12:09 AM >>> 250-PI PELINING 11/30/2025 12:12:09 AM >>> 250-DSN 11/30/2025 12:12:09 AM >>> 250-ENHANCEDSTATUSCODES 11/30/2025 12:12:09 A M >>> 250-STARTTLS 11/30/2025 12:12:09 AM >>> 250-8BITMIME 11/30/2025 12:12:09 AM >>> 250-BINARYMIME 11/30/2025 12:12:0 9 AM >>> 250-CHUNKING 11/30/2025 12:12:09 AM >>> 250 SMTPUTF8 11/30/2025 12:12:09 AM <<< STARTTLS 11/30/2025 12:12:10 AM >>> 220 2.0.0 SMTP server ready 11/30/2025 12:12:10 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 11/30/2025 12:12:10 AM tls:Cert: /C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/ C=US/O=DigiCert Inc/CN=DigiCert Cloud Services CA-1; verified=no 11/30/2025 12:12:10 AM <<< EHLO mta21.r1.rpost.net 11/30/2025 12:12:10 AM >>> 250-SJ5PEPF00000205.mail.protection.outlook.com Hello [52.58.131.9] 11/30/2025 12:12:10 AM >>> 250-SIZE 15728 6400 11/30/2025 12:12:10 AM >>> 250-PIPELINING 11/30/2025 12:12:10 AM >>> 250-DSN 11/30/2025 12:12:10 AM >>> 250-ENHANC EDSTATUSCODES 11/30/2025 12:12:10 AM >>> 250-8BITMIME 11/30/2025 12:12:10 AM >>> 250-BINARYMIME 11/30/2025 12:12:10 A M >>> 250-CHUNKING 11/30/2025 12:12:10 AM >>> 250 SMTPUTF8 11/30/2025 12:12:10 AM <<< MAIL FROM: BODY=8BITMIME RE T=FULL 11/30/2025 12:12:10 AM >>> 250 2.1.0 Sender OK 11/30/2025 12:12:10 AM <<< RCPT TO: NOTIFY=SUCCESS,FAILURE,DEL AY 11/30/2025 12:12:11 AM >>> 250 2.1.5 Recipient OK 11/30/2025 12:12:11 AM <<< DATA 11/30/2025 12:12:11 AM >>> 354 Start mail i nput; end with . 11/30/2025 12:12:11 AM <<< . 11/30/2025 12:12:12 AM >>> 250 2.6.0 [InternalId=203877802578161, Hostname=BLAPR 06MB7012.namprd06.prod.outlook.com] 20432 bytes in 0.227, 87.664 KB/sec Queued mail for delivery 11/30/2025 12:12:12 AM <<< QUI T 11/30/2025 12:12:12 AM >>> 221 2.0.0 Service closing transmission channel 11/30/2025 12:12:12 AM closed samielawfirm-com.mail.pr otection.outlook.com (52.101.41.54) in=925 out=10950 11/30/2025 12:12:12 AM done samielawfirm.com/{default}

11/30/2025 12:12:48 AM starting gmail.com/{default} 11/30/2025 12:12:48 AM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-i n.l.google.com (173.194.76.27) 11/30/2025 12:12:48 AM connected from 192.168.10.11:42351 11/30/2025 12:12:48 AM >>> 220 mx.goog le.com ESMTP ffacd0b85a97d-42e1caa5332si3892351f8f.1306 - gsmtp 11/30/2025 12:12:48 AM <<< EHLO mta21.r1.rpost.net 11/30/202 5 12:12:48 AM >>> 250-mx.google.com at your service, [52.58.131.9] 11/30/2025 12:12:48 AM >>> 250-SIZE 157286400 11/30/2025 12: 12:48 AM >>> 250-8BITMIME 11/30/2025 12:12:48 AM >>> 250-STARTTLS 11/30/2025 12:12:48 AM >>> 250-ENHANCEDSTATUSCOD ES 11/30/2025 12:12:48 AM >>> 250-PIPELINING 11/30/2025 12:12:48 AM >>> 250-CHUNKING 11/30/2025 12:12:48 AM >>> 250 SMT PUTF8 11/30/2025 12:12:48 AM <<< STARTTLS 11/30/2025 12:12:48 AM >>> 220 2.0.0 Ready to start TLS 11/30/2025 12:12:48 AM tls: TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 (session reused) 11/30/2025 12:12:48 AM tls:Cert: /CN=mx.goo gle.com; issuer=/C=US/O=Google Trust Services/CN=WR2; verified=no 11/30/2025 12:12:48 AM <<< EHLO mta21.r1.rpost.net 11/30/202 5 12:12:48 AM >>> 250-mx.google.com at your service, [52.58.131.9] 11/30/2025 12:12:48 AM >>> 250-SIZE 157286400 11/30/2025 12: 12:48 AM >>> 250-8BITMIME 11/30/2025 12:12:48 AM >>> 250-ENHANCEDSTATUSCODES 11/30/2025 12:12:48 AM >>> 250-PIPELIN ING 11/30/2025 12:12:48 AM >>> 250-CHUNKING 11/30/2025 12:12:48 AM >>> 250 SMTPUTF8 11/30/2025 12:12:48 AM <<< MAIL FR OM: BODY=8BITMIME 11/30/2025 12:12:48 AM >>> 250 2.1.0 OK ffacd0b85a97d-42e1caa5332si3892351f8f.1306 - gsmtp 11/30/2025 1 2:12:48 AM <<< RCPT TO: 11/30/2025 12:12:48 AM >>> 250 2.1.5 OK ffacd0b85a97d-42e1caa5332si3892351f8f.1306 - gsmtp 11/30/20 25 12:12:48 AM <<< DATA 11/30/2025 12:12:48 AM >>> 354 Go ahead ffacd0b85a97d-42e1caa5332si3892351f8f.1306 - gsmtp 11/30/20 25 12:12:48 AM <<< . 11/30/2025 12:12:48 AM >>> 250 2.0.0 OK 1764461568 ffacd0b85a97d-42e1caa5332si3892351f8f.1306 - gsmtp 1 1/30/2025 12:12:48 AM done 11/30/2025 12:12:48 AM >>> QUIT 11/30/2025 12:12:48 AM >>> 221 2.0.0 closing connection ffacd0b85a97d-42e1caa5332si3892351f8f.1 306 - gsmtp 11/30/2025 12:12:48 AM closed gmail-smtp-in.l.google.com (173.194.76.27) in=779 out=11347 11/30/2025 12:12:48 AM done gmail.com/{default}

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a De livery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer gmail-smtp-in. l.google.com (173.194.76.27)

[IP Address: 74.125.150.32] [Time Opened: 11/30/2025 12:12:51 AM] [REMOTE_HOST: 192.168.20.131] [HTTP_HOST: open.r1.rpost.ne t] [SCRIPT_NAME: /open/images_v2/zQRhRvyTfGRPCn15uxlVqutnmU8cCslIqFgF8xyNMDIx.gif] HTTP_ACCEPT:image/avif,image/web p,image/apng,image/svg+xml,image/*,*/*;q=0.8 HTTP_ACCEPT_ENCODING: deflate, br HTTP_ACCEPT_LANGUAGE:en-US HTT P_HOST:open.r1.rpost.net HTTP_REFERER:http://mail.google.com/ HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 10.0; Win64; x64) A ppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 HTTP_X_FORWARDED_FOR:7 4.125.150.32 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-692b8c0 3-40ef554311118dd9118e079f Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 Accept-Encoding: gzip, deflat

e, br Accept-Language: en-US Host: open.r1.rpost.net Referer: http://mail.google.com/ User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 X-Forwarded-For: 74.125.1 50.32 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-692b8c03-40ef554311118dd9118e079f /LM/W3SVC/1 2/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.20.30 /ope n/images_v2/zQRhRvyTfGRPCn15uxlVqutnmU8cCsllqFgF8xyNMDlx.gif 192.168.20.131 192.168.20.131 38694 GET /open/images_v2/z QRhRvyTfGRPCn15uxlVqutnmU8cCsllqFgF8xyNMDlx.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/zQRhRv yTfGRPCn15uxlVqutnmU8cCsllqFgF8xyNMDlx.gif image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 gzip, deflate, br en-US open.r1.rpost.net http://mail.google.com/ Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Ch rome/42.0.2311.135 Safari/537.36 Edge/12.246 Mozilla/5.0 74.125.150.32 https 443 Root=1-692b8c03-40ef554311118dd9118e079f

From:postmaster@NETORGFT15761119.onmicrosoft.com:Your message has been delivered to the following recipients: michael.medina @samielawfirm.com Subject: Registered: Confirmation of Contact – Timeless Productions FZ LLC v. Pham Tien Dong

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a De livery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer gmail-smtp-in. l.google.com (173.194.76.27)

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.      An RPost® Technology