*Name:* **Mohamed Othmane Samie (CSBN: 344269)**

*Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**

*Phone:* **(818)-836-4976**

Attorney for Plaintiff
Timeless Production FZ LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**Pham Tien Dong and DOES 1-10, Inclusive**<br><br>Defendant. | Case No.: 5:25-cv-03639-NW |

**PLAINTIFF'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

Plaintiff Timeless Production FZ LLC, by and through undersigned counsel, respectfully moves this Court to reschedule the Case Management Conference ("CMC") currently set for December 17, 2025, and states as follows:

1. The CMC is currently scheduled for December 17, 2025, with the Case Management Statement deadline set for December 3, 2025.

PLAINTIFF'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

2. Plaintiff respectfully requests that the Court continue the CMC to January 17, 2026 or to a later date convenient for the Court.

3. Good cause exists for this request. Defendants are foreign individuals and entities located in Vietnam. Plaintiff has diligently attempted international service of process by USPS mail however, service were unsuccessful and were returned **(Exhibit A)**.

4. Further, Plaintiff intends to serve the Defendants through verified email address obtained by Plaintiff's DMCA 512(h) Subpoena to Google. Thus, Plaintiff has filed a motion for alternate service as physical service seems impractical because all delivery attempts had gone futile even after all diligent efforts made by the Plaintiff to serve the Defendants.

5. As of the date of this motion, Defendants have not been served and have not appeared. Without the appearance of Defendants, the parties cannot conduct a Rule 26(f) conference or meaningfully participate in case management proceedings.

6. Proceeding with the CMC at this stage would therefore be premature and inconsistent with the efficiency goals contemplated by Rule 16(a) of the Federal Rules of Civil Procedure.

7. Plaintiff has not conferred with Defendants regarding this request because no counsel or representative has appeared in this action.

8. Plaintiff has previously requested a change to the CMC date.

This motion is made pursuant to Federal Rule of Civil Procedure 16(b)(4), which permits modification of scheduling deadlines upon a showing of good cause and with the Court's consent. The requested continuance will conserve judicial resources and ensure that the CMC occurs only after Defendants are properly before the Court.

PLAINTIFF'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1

2  I declare under penalty of perjury under the laws of the United States that the foregoing is true
3  and correct.

4

5  Executed on: December 3, 2025

6  At:  Monterey Park, CA

7  **Dated**: December 3, 2025                              By:  /s/ Mohamed Othmane Samie

8                                                               Mohamed Othmane Samie (CSBN: 344269)
                                                                Counsel for Timeless Production FZ LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

PLAINTIFF'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# Exhibit A

Tracking Number Copied

# USPS Tracking®

FAQs >

**Tracking Number:**

## CH233652623US

Remove ✕

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item could not be delivered on November 28, 2025 at 11:30 am in MONTEREY PARK, CA 91754. It was held for the required number of days and is being returned to the sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Alert**
**Unclaimed/Being Returned to Sender**
MONTEREY PARK, CA 91754
November 28, 2025, 11:30 am

**Redelivery Scheduled for Next Business Day**
MONTEREY PARK, CA 91754
November 8, 2025, 10:43 am

**Notice Left (No Secure Location Available)**
MONTEREY PARK, CA 91754
October 28, 2025, 3:59 pm

**Arrived at Post Office**
MONTEREY PARK, CA 91754
October 27, 2025, 6:04 am

**Processing at USPS Facility**
MONTEREY PARK, CA 91754
October 27, 2025, 5:40 am

**Arrived at USPS Regional Facility**

Feedback

CITY OF INDUSTRY CA DISTRIBUTION CENTER
October 25, 2025, 7:55 pm

**In Transit to Next Facility**
October 23, 2025

**Customs Clearance**
ISC LOS ANGELES CA (USPS)
October 19, 2025, 9:11 am

**Arrived at USPS Facility**
BELL GARDENS, CA 90205
October 19, 2025, 9:11 am

**Inbound Into Customs**

**Processed Through USPS Facility**
ISC NEW YORK NY(USPS)
October 15, 2025, 7:17 pm

**Origin Post is Preparing Shipment**

**Customs Clearance Processing Complete**
VIET NAM
September 11, 2025, 8:41 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

**Tracking Number:**

## CH233652950US

Remove ✕

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item could not be delivered on November 28, 2025 at 11:29 am in MONTEREY PARK, CA 91754. It was held for the required number of days and is being returned to the sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Alert**
**Unclaimed/Being Returned to Sender**
MONTEREY PARK, CA 91754
November 28, 2025, 11:29 am

**Redelivery Scheduled for Next Business Day**
MONTEREY PARK, CA 91754
November 8, 2025, 10:43 am

**Notice Left (No Authorized Recipient Available)**
MONTEREY PARK, CA 91754
October 20, 2025, 11:14 am

**Arrived at Post Office**
MONTEREY PARK, CA 91754
October 20, 2025, 8:16 am

**Arrived at USPS Regional Facility**
CITY OF INDUSTRY CA DISTRIBUTION CENTER
October 20, 2025, 4:16 am

**Arrived at USPS Facility**
AVONDALE, AZ 85323
October 19, 2025, 12:47 am

Feedback

- **Processed Through USPS Facility**
  ISC NEW YORK NY(USPS)
  October 15, 2025, 7:14 pm

- **Inbound Into Customs**

- **Origin Post is Preparing Shipment**

- **Customs Clearance Processing Complete**
  VIET NAM
  September 11, 2025, 8:41 am

- **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Tracking Number Copied

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**EH042864308US**

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item could not be delivered or returned to sender. As of 5:23 am on November 19, 2025, it is being forwarded to the USPS Mail Recovery Center where it will be processed. Please initiate a missing mail search on your item.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

**Alert**
**Sent to Mail Recovery Center**
November 19, 2025, 5:23 am

**Unclaimed/Being Returned to Sender**
MONTEREY PARK, CA 91754
November 17, 2025, 2:04 pm

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                    ⌄

Proof of Delivery                                       ⌄

USPS Tracking Plus®                                     ⌄

Product Information                                     ⌄

**See Less** ∧

Track Another Package

| Enter tracking or barcode numbers |
|---|

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**