1  *Name:* **Mohamed Othmane Samie (CSBN: 344269)**
2  *Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**
3  *Phone:* **(818)-836-4976**
    Attorney for Plaintiff
4  Timeless Production FZ LLC

5

6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA

8  | TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY, | Case No.: 5:25-cv-03639-NW |
   | Plaintiff, v. | |
   | Pham Tien Dong and DOES 1-10, Inclusive | |
   | Defendant. | |

15

16         ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE

17  Having considered Plaintiff's Motion to Continue the Case Management Conference, and good

18  cause appearing under Rule 16(b)(4) of the Federal Rules of Civil Procedure,

19  IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for

20  ~~January 17, 2026~~ December 16, 2025 is continued to ___March 24, 2026___ at ___9:00am___.

21  **IT IS SO ORDERED.**

22  Dated: December 5, 2025

                                                    GRANTED
                                                    [signature]
                                                    Judge Noël Wise

                              1

~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE