1

**Samie Law Firm**

2

**2414 S Garfield Avenue, Monterey Park, CA 91754**

**(818)-836-4976**

3

Attorney for Plaintiff, Timeless Production FZ LLC

4

5

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

6

7

**TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**

8

9

Plaintiff,

10

11

v.

12

**Pham Tien Dong, VIECONNECT, a business entity managing the YouTube channel WOW Tech, WOW TV, TRAN VAN HA and DOES 1-10, Inclusive**

13

14

15

Defendant.

**Case No.: 5:25-cv-03639-NW**

**NOTICE OF STATUS RE: PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

**Hearing Date:** March 24, 2026

**Hearing Time:** 9:00 AM

**Location:** San Jose, Courtroom 3, 5th Floor before District Judge Noel Wise.

16

17

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

18

Plaintiff Timeless Production FZ LLC respectfully submits this Notice of Status regarding its

19

pending Motion for Alternative Service via Email filed on December 3, 2025 (ECF No. 27)

20

pursuant to Federal Rule of Civil Procedure 4(f)(3).

21

To date, the Court has not issued a ruling on the motion, and no further briefing or hearings

22

appear to be scheduled on the matter. As the Court is aware, this motion seeks leave to serve

23

24

i

NOTICE OF STATUS

1  the foreign defendants, who have not yet been formally served, and the resolution of this motion

2  is necessary for the case to proceed.

3  Plaintiff respectfully inquires as to the status of the Motion and whether the Court anticipates

4  issuing a ruling in advance of the next scheduled Case Management Conference and Preliminary

5  Injunction Hearing currently set for March 24, 2026.

6  Plaintiff remains available to provide any further materials or clarification the Court may require

7  and appreciates the Court's consideration of the pending request.

8  Executed this on 28th of January, 2026

9                                 Respectfully Submitted

10                               By:  /s/ Mohamed Othmane Samie

11                               Mohamed Othmane Samie (CSBN: 344269)
                                 Counsel for Timeless Production FZ LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

ii

NOTICE OF STATUS