**Samie Law Firm**

**2414 S Garfield Avenue, Monterey Park, CA 91754**

**(818)-836-4976**

Attorney for Plaintiff, Timeless Production FZ LLC

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>Plaintiff,<br>v.<br><br>**Pham Tien Dong and DOES 1-10 Inclusive**<br><br>Defendant. | **Case No.: 5:25-cv-03639-NW**<br><br>**Hearing Date:** March 24, 2026<br><br>**Hearing Time:** 9:00 AM<br><br>**Location:** San Jose, Courtroom 3, 5th Floor before Hon. District Judge Noel Wise. |

### PLAINTIFF'S UNILATERAL CASE MANAGEMENT STATEMENT
### 1. JURISDICTION & SERVICE

(a) **Subject matter jurisdiction:** This Court has subject matter jurisdiction under federal question jurisdiction because this case arises under federal copyright laws, including 17 U.S.C. §§ 501, 504, 505, 512(f), 1202, and 28 U.S.C. §§ 1331 and 1338.

(b) **Service:** Defendant Pham Tien Dong was served via court-authorized alternative service by email pursuant to Federal Rule of Civil Procedure 4(f)(3) and the Court's

1

January 30, 2026 Order (Dkt. 31). On February 2, 2026, Plaintiff served the Summons, Complaint, and the January 30, 2026 Order via court-authorized email service. Proof of service was filed on February 6, 2026 (Dkt. 32). Defendant failed to appear or otherwise respond within the time permitted under the Federal Rules of Civil Procedure. Plaintiff thereafter filed a Request for Entry of Default (Dkt. 33), and the Clerk entered default against Defendant on March 2, 2026 (Dkt. 34). Service is complete and default has been entered as to Defendant Pham Tien Dong.

This Case Management Statement is submitted unilaterally, as Defendant has not appeared in this action and Plaintiff has been unable to meet and confer or file a joint statement.

| Defendant | Date Served | Personal Jurisdiction Dispute? | Venue Dispute? |
|---|---|---|---|
| Pham Tien Dong | February 02, 2026 (delivery confirmed) | No | No |

## 2. FACTS

Plaintiff Timeless Production FZ LLC is a producer, editor, and publisher of original audiovisual works featured on the Tekniq YouTube channel. Plaintiff owns registered copyrights in its original audiovisual works and generates revenue through YouTube monetization, sponsorships, and viewer engagement.

Plaintiff alleges Defendant Pham Tien Dong operates and manages the monetized YouTube channels "WOW Tech" and "WOW TV," which have reproduced and publicly displayed substantial portions of Plaintiff's copyrighted works without authorization. Plaintiff further alleges Defendant removed, altered, and falsified copyright management information ("CMI"),

2

PLAINTIFF'S UNILATERAL CASE MANAGEMENT STATEMENT

including branding and watermarks, and uploaded infringing compilations presented as original works.

Plaintiff further alleges Defendant engaged in bad faith conduct by submitting DMCA counter-notifications to YouTube, including counter-notifications submitted under penalty of perjury, to maintain the availability and monetization of infringing videos on the WOW Tech and WOW TV channels.

Defendant's infringement has caused significant financial and reputational harm to Plaintiff, including diversion of viewers, subscribers, and advertising revenue, as well as damage to Plaintiff's business goodwill and the integrity of Plaintiff's original works.

**3. LEGAL ISSUES**

Plaintiff asserts claims for: (1) direct copyright infringement (17 U.S.C. § 501); (2) falsification of copyright management information (17 U.S.C. § 1202(a)); (3) removal and/or alteration of CMI (17 U.S.C. § 1202(b)); (4) public display right infringement (17 U.S.C. § 106(5)); (5) unfair competition (Cal. Bus. & Prof. Code § 17200); (6) willful copyright infringement and statutory damages (17 U.S.C. § 504(c)); and (7) DMCA misrepresentation (17 U.S.C. § 512(f)).

**4. MOTIONS**

| Party | Type of Motion | Date of Ruling |
| --- | --- | --- |
| Plaintiff | Motion for Entry of Default | Filed & Entered by Clerk on March 02, 2026 |
| Plaintiff | Motion for Default Judgment | To be filed |

3

PLAINTIFF'S UNILATERAL CASE MANAGEMENT STATEMENT

Plaintiff intends to proceed diligently with this case and will pursue default procedure if Defendant fails to appear or otherwise respond within the time permitted.

## 5. AMENDMENT OF PLEADINGS

Plaintiff does not presently plan to amend the Complaint, but reserves the right to amend to add, remove, or substitute parties, based on further investigation, jurisdictional considerations, and/or discovery.

## 6. EVIDENCE PRESERVATION

Plaintiff has reviewed the Court's Guidelines for the Discovery of Electronically Stored Information and is preserving all relevant evidence, including copyrighted works, URLs, channel screenshots, infringing video copies, YouTube analytics, takedown notices, counter-notices, and related communications.

Plaintiff has been unable to confer with Defendant regarding evidence preservation because Defendant has not appeared. Plaintiff will confer promptly if Defendant appear or as directed by the Court.

## 7. DISCLOSURES

The parties have not exchanged Initial Disclosures because Defendant has not appeared and no Rule 26(f) conference has occurred. Plaintiff is prepared to serve Initial Disclosures promptly once Defendant appear or the Court issues a scheduling order.

## 8. DISCOVERY

Plaintiff is not currently seeking discovery because Defendant has not appeared and Plaintiff intends to proceed with default procedure. Plaintiff anticipates filing a motion for default judgment. If the Court requires additional evidence to support damages or injunctive relief, Plaintiff may seek limited third-party discovery (e.g., from YouTube/Google) regarding

4

PLAINTIFF'S UNILATERAL CASE MANAGEMENT STATEMENT

account ownership, takedown history, and monetization records. Plaintiff has been unable to meet and confer regarding discovery or ESI stipulations because Defendant has not appeared.

### 9. CLASS ACTIONS

Not applicable.

### 10. RELATED CASES

Plaintiff is involved in other copyright infringement actions in this District involving different defendants and different YouTube channels, but none involve Defendant Pham Tien Dong or the WOW Tech and WOW TV channels, and none arise from the same transactions or events. Plaintiff is not aware of any related cases under Civil L.R. 3-12.

### 11. RELIEF

Plaintiff seeks injunctive relief requiring removal of infringing content and preventing further infringement; statutory damages and/or actual damages and Defendants' profits; statutory damages for falsification and removal/alteration of CMI; damages for DMCA misrepresentation under 17 U.S.C. § 512(f); attorneys' fees and costs; and any further relief the Court deems just.

### 12. SETTLEMENT AND ADR

Plaintiff has not been able to engage in meaningful settlement discussions because Defendant has not appeared.

Plaintiff remains open to ADR if Defendant appears and participates in good faith.

- Form of ADR requested: Settlement conference with a magistrate judge
- Suggested deadline: After Defendant appear and early discovery clarifies scope of infringement and monetization

5

PLAINTIFF'S UNILATERAL CASE MANAGEMENT STATEMENT

- Information needed: Defendants' participation and discovery regarding the scope of infringement, monetization, and damages.

Plaintiff has complied with ADR Local Rule 3-5 to the extent feasible given Defendants' non-appearance.

## 13. OTHER REFERENCES

Not applicable.

## 14. NARROWING OF ISSUES

Plaintiff cannot presently narrow issues with Defendant because Defendant has not appeared. Consequential issues include:

(1) the scope of infringement;

(2) whether Defendant removed/falsified CMI and acted willfully; and

(3) Defendants' monetization and profits (and corresponding damages).

These issues may be narrowed through early third-party discovery and/or default proceeding.

## 15. SCHEDULING

Plaintiff requests the Court set deadlines as appropriate. Plaintiff anticipates filing a default judgment because Defendant has not appeared.

## 16. TRIAL

Plaintiff demanded a jury trial.

## 17. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

None.

## 18. PROFESSIONAL CONDUCT

Not applicable.

6

PLAINTIFF'S UNILATERAL CASE MANAGEMENT STATEMENT

**19. OTHER**

Defendant has not appeared, answered, or otherwise communicated despite completed service. Defendant Pham Tien Dong was served via court-authorized alternative service by email pursuant to Federal Rule of Civil Procedure 4(f)(3) and the Court's January 30, 2026 Order (Dkt. 31). On February 2, 2026, Plaintiff served the Summons, Complaint, and the January 30, 2026 Order via court-authorized email service. Proof of service was filed on February 6, 2026 (Dkt. 32). Defendant failed to appear or otherwise respond within the time permitted under the Federal Rules of Civil Procedure.

Plaintiff respectfully requests the Court's guidance regarding whether the Initial Case Management Conference should proceed as scheduled. Plaintiff intends to file a default judgment in the coming days given Defendant's failure to respond.

**Dated**: March 5th, 2026

Respectfully Submitted

By: /s/ Mohamed Othmane Samie

Mohamed Othmane Samie (CSBN: 344269)
Counsel for Timeless Production FZ LLC

7

PLAINTIFF'S UNILATERAL CASE MANAGEMENT STATEMENT