*Name:* **Mohamed Othmane Samie (CSBN: 344269)**

*Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**

*Phone:* **(818)-836-4976**

 Attorney for Plaintiff
Timeless Production FZ LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br>v.<br><br>**Pham Tien Dong and DOES 1-10, Inclusive**<br>Defendants | Case No.: 5:25-cv-03639-NW<br><br>ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA ZOOM VIDEOCONFERENCE<br><br>**Hearing Date:** March 25th, 2026<br>**Hearing Time:** 2:00 PM<br>**Location:** San Jose, Courtroom 3, 5th Floor before District Judge Noel Wise. |

Plaintiff Timeless Production FZ LLC, through its counsel Mohamed Othmane Samie of Samie Law Firm, respectfully moves this Court for leave to appear at the Case Management Conference scheduled for March 25, 2026 at 2:00 PM via Zoom videoconference.

### I. NOTICE OF UNTIMELY FILING AND REQUEST FOR ACCOMMODATION

Counsel respectfully requests permission to appear at the upcoming Case Management Conference via Zoom videoconference. Counsel acknowledges that the Court's Standing Orders

require requests for remote appearance to be filed one week in advance pursuant to Civil L.R. 16-10(a), and counsel apologizes that this motion does not meet that timeline.

The Case Management Conference was rescheduled from March 24, 2026 to March 25, 2026 by Clerk's Notice filed on March 20, 2026 (ECF 36). Due to the short interval between the rescheduling and the new hearing date, coupled with counsel's current location outside the United States, counsel respectfully seeks the Court's accommodation to appear remotely.

## II. GROUNDS FOR REQUEST

Counsel acknowledges that the Court's Standing Orders require remote appearance requests to be filed at least one week in advance, and counsel apologizes for this late filing.

The Case Management Conference was rescheduled from March 24, 2026 to March 25, 2026 by Clerk's Notice filed on March 20, 2026 (ECF 36). Counsel is currently outside the United States and is unable to appear in person at the San Jose courthouse on March 25, 2026. Counsel respectfully requests leave to appear remotely via Zoom videoconference, or alternatively, to be added as a Zoom participant for this conference.

The case is in a procedural posture that makes remote appearance particularly appropriate. Default was entered against defendant Pham Tien Dong on March 2, 2026, and no defendant has appeared in this action. Plaintiff filed a unilateral Case Management Statement on March 5, 2026. The conference will address the case status following entry of default and the timeline for filing a motion for default judgment. As there is no opposing party, remote appearance would not prejudice anyone or compromise the effectiveness of the proceedings.

Granting this request would allow the conference to proceed as scheduled, promoting judicial efficiency and avoiding the need for a continuance.

ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT
CONFERENCE VIA ZOOM VIDEOCONFERENCE

### III. NO PREJUDICE TO ANY PARTY

As defendant has not appeared and default has been entered, there is no opposing party in this matter. Accordingly, granting this motion would cause no prejudice to any party. Plaintiff is prepared to appear via video and participate fully in the Case Management Conference.

### IV. CONCLUSION

Counsel apologizes for the late filing of this request and respectfully asks the Court's indulgence given the circumstances. Counsel has filed this motion as promptly as possible and requests that the Court, in its discretion, grant leave for counsel to appear at the March 25, 2026 Case Management Conference via Zoom videoconference. If the Court is unable to accommodate this request, counsel will make alternative arrangements to ensure proper representation at the conference.

Respectfully Submitted

Dated: March 23, 2026                                   SAMIE LAW FIRM

                                                By:  /s/ Mohamed Othmane Samie

                                                Mohamed Othmane Samie (CSBN: 344269)
                                                2414 S Garfield Avenue
                                                Monterey Park, CA 91754
                                                Telephone: (818) 836-4976
                                                Email: othmane.samie@gmail.com

                                                Attorney for Plaintiff
                                                Timeless Production FZ LLC

ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA ZOOM VIDEOCONFERENCE