*Name:* **Samie Law Firm**

*Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**

*Phone:* **(818)-836-4976**

Attorney for Plaintiff, Timeless Production FZ LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>    Plaintiff,<br>        v.<br><br>**Pham Tien Dong and DOES 1-10, Inclusive**<br>        Defendants | **Case No.: 5:25-cv-03639-NW**<br><br>**MOTION TO SUBSTITUTE COUNSEL**<br><br>**Hearing Date:** 06/23/2026<br>**Hearing Time:** 11:00 AM<br>**Location:** San Jose, Courtroom 3, 5th Floor before District Judge Noel Wise.<br>**Judge:** Hon. Noel Wise |

TO THE HONORABLE COURT AND ALL APPEARING PARTIES:

Pursuant to Civil Local Rule 11-5 of the Northern District of California, current counsel of record Mohamed Othmane Samie of the Samie Law Firm ("Withdrawing Counsel") moves to withdraw as attorney of record for Plaintiff Timeless Production FZ LLC, and Andrew Kevin Jacobson, State Bar No. 148583, of Bay Oak Law, Oakland, California ("Substitute Counsel") moves to substitute in as attorney of record. Plaintiff Timeless Production FZ LLC consents to this substitution. In support of this Motion, the parties state as follows:

### I. CURRENT COUNSEL AND GROUNDS FOR WITHDRAWAL

1.  Withdrawing Counsel Mohamed Othmane Samie of the Samie Law Firm is the attorney of record for Plaintiff Timeless Production FZ LLC in the above-captioned action.

MOTION TO SUBSTITUTE COUNSEL

2. Plaintiff Timeless Production FZ LLC has requested the substitution of Andrew Kevin Jacobson of Bay Oak Law as counsel for the hearing on the Motion for Default Judgment scheduled for June 23, 2026 at 11:00 AM in San Jose, Courtroom 3, 5th Floor, before District Judge Noel Wise (ECF No. 40), and for all future proceedings in this matter. Client consents to the substitution of counsel.

## II. SUBSTITUTE COUNSEL

4. Andrew Kevin Jacobson, State Bar No. 148583, of Bay Oak Law, 1939 Harrison Street, Suite 929, Oakland, California 94612, Telephone: 510-208-5500, is an active member in good standing of the State Bar of California and is admitted to practice before the United States District Court for the Northern District of California.

5. Substitute Counsel has confirmed his availability to appear in person in Courtroom 3 of this Court on June 23, 2026 at 11:00 AM, as required by the Court's order (ECF No. 40), and is prepared to assume all obligations of lead counsel in this matter effective upon entry of the Court's Order.

6. Substitute Counsel has no conflict of interest with any party to this action.

## III. CLIENT CONSENT AND NOTICE

7. Timeless Production FZ LLC has requested this substitution of counsel and consents to the substitution. A signed declaration of consent is submitted herewith.

8. Written notice of this Motion has been provided to Plaintiff. As of the date of this filing, Defendant Pham Tien Dong has not appeared in this action; accordingly, notice to Defendant is not required.

## IV. NO PREJUDICE

MOTION TO SUBSTITUTE COUNSEL

9. Default was entered against Defendant Pham Tien Dong on March 2, 2026 (ECF No. 34). No trial date has been set. The Motion for Default Judgment has not yet been filed, with the deadline set as April 10, 2026 (ECF No. 40). Substitution at this juncture shall not cause delay or prejudice to any party.

10. Withdrawing Counsel shall promptly transfer all case files, work product, pleadings, discovery materials, and correspondence to Substitute Counsel to ensure continuity of representation and compliance with all pending deadlines and court orders.

### V. RELIEF REQUESTED

WHEREFORE, the parties respectfully request that this Court enter an Order:

(1)   permitting Mohamed Othmane Samie and the Samie Law Firm to withdraw as counsel of record for Plaintiff Timeless Production FZ LLC;

(2)   (2) permitting Andrew Kevin Jacobson and Bay Oak Law to substitute in as counsel of record for Plaintiff; and

(3)   (3) directing that all future filings, notices, and correspondence be directed to Substitute Counsel at the address stated above.


Respectfully Submitted                             SAMIE LAW FIRM

Dated: April 6, 2026                    By:  /s/ Mohamed Othmane Samie

                                        Mohamed Othmane Samie (CSBN: 344269)
                                        2414 S Garfield Avenue
                                        Monterey Park, CA 91754
                                        Telephone: (818) 836-4976
                                        Email: othmane.samie@gmail.com

                                        Withdrawing Counsel for Plaintiff
                                        Timeless Production FZ LLC


MOTION TO SUBSTITUTE COUNSEL