*Name:* **Samie Law Firm**

*Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**

*Phone:* **(818)-836-4976**

Attorney for Plaintiff, Timeless Production FZ LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>Plaintiff,<br>v.<br><br>**Pham Tien Dong and DOES 1-10, Inclusive**<br>Defendants | **Case No.: 5:25-cv-03639-NW**<br><br>**CONSENT OF PLAINTIFF TIMELESS PRODUCTION FZ LLC TO SUBSTITUTION OF COUNSEL** |

**CONSENT OF PLAINTIFF TIMELESS PRODUCTION FZ LLC TO SUBSTITUTION OF COUNSEL**

I, Younes Ben Fredj, Co-Founder of Timeless Production FZ LLC ("Plaintiff"), declare as follows:

1. I am the authorized representative of Timeless Production FZ LLC, a company organized and existing under the laws of the United Arab Emirates, and Plaintiff in the above-captioned action. I have full authority to act on behalf of Timeless Production FZ LLC in connection with legal matters, including the retention and substitution of legal counsel. The

facts stated herein are within my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. Mohamed Othmane Samie of the Samie Law Firm is currently the attorney of record for Timeless Production FZ LLC in this matter.

3. Timeless Production FZ LLC has decided to retain Andrew Kevin Jacobson of Bay Oak Law as counsel of record for the hearing on the Motion for Default Judgment scheduled for June 23, 2026 at 11:00 AM in San Jose, Courtroom 3, 5th Floor, before District Judge Noel Wise (ECF No. 40), and for all future proceedings in this matter.

4. I have been informed of the identity, qualifications, and contact details of Andrew Kevin Jacobson of Bay Oak Law, 1939 Harrison Street, Suite 929, Oakland, California 94612, Telephone: 510-208-5500. Mr. Jacobson is admitted to practice before the United States District Court for the Northern District of California and has confirmed his availability to appear in person on June 23, 2026 and to handle all future proceedings in this matter.

5. Timeless Production FZ LLC hereby consents to the substitution of Andrew Kevin Jacobson and Bay Oak Law as its attorneys of record in this matter, in place of Mohamed Othmane Samie and the Samie Law Firm, effective upon entry of the Court's Order granting this Motion.

6. I understand and acknowledge that upon entry of the Court's Order, Mohamed Othmane Samie and the Samie Law Firm shall be fully relieved as counsel of record, and that Bay Oak Law shall thereafter serve as sole counsel for Timeless Production FZ LLC in this action.

CONSENT OF PLAINTIFF TIMELESS PRODUCTION FZ LLC TO SUBSTITUTION OF COUNSEL

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 6, 2026, at Dubai.

                                            _/s/ Younes Ben Fredj

                                            Younes Ben Fredj
                                            Co-Founder, Timeless Production FZ LLC

CONSENT OF PLAINTIFF TIMELESS PRODUCTION FZ LLC TO SUBSTITUTION OF COUNSEL