**Samie Law Firm (CSBN: 344269)**

**2414 S Garfield Avenue, Monterey Park, CA 91754**

**(818)-836-4976**

Attorney for Plaintiff, Timeless Production FZ LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**Pham Tien Dong, and DOES 1-10, Inclusive**<br>Defendants. | **Case No.: 5:25-cv-03639-NW**<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL (DKT. 42)**<br><br>**Hearing Date:** June 23, 2026<br>**Hearing Time:** 11:00 am<br>**Location:** San Jose, Courtroom 3, 5th Floor before District Judge Noel Wise. |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff Timeless Production FZ LLC ("Plaintiff"), by and through its undersigned counsel, hereby withdraws its previously filed Motion [Dkt. 42].

Plaintiff files this Notice of Withdrawal in light of the substitution of counsel filed by BayokLaw prior to Plaintiff's Motion, rendering Plaintiff's Motion unnecessary. To avoid any procedural delay and to permit newly substituted counsel to proceed on behalf of Plaintiff without impediment, Plaintiff respectfully withdraws Docket No. 42.

i

NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION

Plaintiff respectfully requests that the Court take notice of this withdrawal and terminate Docket No. 42.

Executed this on 8th April, 2025

Respectfully Submitted

By:  /s/ Mohamed Othmane Samie

Mohamed Othmane Samie (CSBN: 344269)
Counsel for Timeless Production FZ LLC

ii

NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION