✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN _____ **District of** _____ CALIFORNIA

TIMELESS PRODUCTION FZ, LLC

                        Plaintiff (s),

V.

PHAM TIEN DONG

                        Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  5:25-cv-03639-NW

Notice is hereby given that, subject to approval by the court, TIMELESS PRODUCTION FZ, LLC substitutes
(Party (s) Name)

ANDREW K. JACOBSON , State Bar No. 148583 as counsel of record in
(Name of New Attorney)

place of MOHAMED OTHMANE SAMIE .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: BAY OAK LAW

Address: 1939 Harrison Street, Suite 929 Oakland, California 94612

Telephone: (510) 208-5500    Facsimile _____

E-Mail (Optional): andy@bayoaklaw.com

I consent to the above substitution.

Date: 4/3/2026

I consent to being substituted.

Date: April 3, 2026

I consent to the above substitution.

Date: April 6, 2026

Timeless Production FZ-LLC

*Younes BEN FREDJ*
(Signature of Party (s))

Othmane Samie, Esq. - SAMIE LAW FIRM

(Signature of Former Attorney (s))

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: April 10, 2026

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**