ANDREW K JACOBSON (CSBN: 148583)
andy@bayoaklaw.com
**BAY OAK LAW**
1939 Harrison St Suite 929
Oakland, CA 94612
Telephone: (510) 208-5500

Attorney for Plaintiff
Timeless Production FZ LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PHAM TIENG DONG, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | **Case No.: 5:25-cv-03639-NW**<br><br>**NOTICE OF MOTION OF PLAINTIFF TIMELESS PRODUCTION FZ LLC'S MOTION FOR DEAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)(2)**<br><br>Date: June 23, 2026<br>Time: 11:00 a.m.<br>Location: Courtroom 3, 5th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please Take Notice that on June 23, 2026 at 11:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3, before the Honorable Noel Wise, Plaintiff Timeless Production FZ LLC will and herby does move the Court pursuant to Fed. R. Civ. P. 55 for an Order Granting Default Judgment against Defendant Pham Tieng Dong.

The Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the attached declarations and and such other matters as may be called

//

//

//

NOTICE OF MOTION OF PLAINTIFF TIMELESS PRODUCTION FZ LLC'S MOTION FOR
DEFAULT JUDGMENT - 1

to the Court's attention at or before the hearing. Defendant has been duly noticed of this motion and hearing date.

Dated: Friday, April 10, 2026          **BAY OAK LAW**

By:_____
        ANDREW K. JACOBSON
        Counsel for Timeless Production FZ LLC