ANDREW K JACOBSON (CSBN: 148583)
andy@bayoaklaw.com
**BAY OAK LAW**
1939 Harrison St Suite 929
Oakland, CA 94612
Telephone: (510) 208-5500


Attorney for Plaintiff
Timeless Production FZ LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>PHAM TIENG DONG, AND DOES 1-10, INCLUSIVE,<br><br>            Defendants. | **Case No.: 5:25-cv-03639-NW**<br><br>**DECLARATON OF ANDEREW K. JACOBSON IN SUPPORT OF PLAINTIFF TIMELESS PRODUCTION FZ LLC'S MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)(2)**<br><br>Date: June 23, 2026<br>Time: 11:00 a.m.<br>Location: Courtroom 3, 5th Floor |

I, Andrew K. Jacobson, declare as follows:

1.     I make this declaration in support of Plaintiff Timeless Production FZ LLC's ("Plaintiff" or "Timeless") Motion for Default Judgment.

2.     I am the sole shareholder of Bay Oak Law and am admitted to practice law in the State of California. I represent Plaintiff in this matter. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently thereto.

**DECLARATION OF ANDREW K. JACOBSON IN SUPPORT OF PLAINTIFF TIMELESS PRODUCTION FZ LLC'S MOTION FOR DEFAULT JUDGMENT** - 1

3.      Plaintiff effectuated service of process on Defendant Pham Tieng Dong ("Defendant") pursuant to the Court's order granting Plaintiff's motion for alternative service, as indicated in Docket Nos. 31 & 32.

4.      Defendant intentionally and willfully infringed six (6) copyrighted works of Plaintiff, identified in Exhibit A to the Second Amended Complaint, Docket No. 26 ("SAC").

5.      Defendant's intentional infringements of Plaintiff's works are identified in Exhibit B to the SAC.

6.       Plaintiff submitted Digital Millenium Copyright Act ("DMCA") takedown notices to YouTube, documented in Exhibits C – E to the SAC.

7.      Defendant falsely represented ownership of Plaintiff's content, submitting DMCA counter-notices to YouTube, documented in Exhibits F – H to the SAC.

8.      Plaintiff is entitled to recover statutory damages under 17 U.S.C. § 504(c) of up to $150,000.00 per willful infringement.

9.      Plaintiff is entitled to recover statutory damages under 17 U.S.C. § 1203(c)(3)(B) of from $2,500 up to $25,000.00 per violation of § 1202(b).

10.      Plaintiff is entitled to and seeks the entry of judgment of damages totaling $1,000,000.00, including an award of prejudgment and post-judgment interest.

11.      Plaintiff is entitled to an award of full costs and reasonable attorney's fees under 17 U.S.C. §§ 505 and 1203; Plaintiff will submit a full list of costs of fees before the hearing.

12.      Plaintiff is entitled to an order permanently enjoining Defendant from copying, distributing, or displaying Plaintiff's copyrighted works without authorization and order the removal of all infringing content.

**DECLARATION OF ANDREW K. JACOBSON IN SUPPORT OF PLAINTIFF TIMELESS PRODUCTION FZ LLC'S MOTION FOR DEFAULT JUDGMENT** - 2

13.    Plaintiff is entitled to an order requiring Defendant to destroy all infringing copies and materials under 17 U.S.C. § 503.

I declare under penalty of perjury the foregoing is true and correct. Executed on Friday, April 10, 2026 in Alameda, California.

_____
ANDREW K. JACOBSON