ANDREW K JACOBSON (CSBN: 148583)
andy@bayoaklaw.com
**BAY OAK LAW**
1939 Harrison St Suite 929
Oakland, CA 94612
Telephone: (510) 208-5500


Attorney for Plaintiff
Timeless Production FZ LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PHAM TIENG DONG, AND DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants. | **Case No.: 5:25-cv-03639-NW**<br><br>**[PROPOSED] JUDGMENT GRANTING PLAINTIFF TIMELESS PRODUCTION FZ LLC'S MOTION FOR DEFAULT JUDGMENT**<br><br>Date: June 23, 2026<br>Time: 11:00 a.m.<br>Location: Courtroom 3, 5th Floor |

The Court orders as follows:

1. Plaintiff Timeless Production FZ LLC's motion for default judgment is GRANTED.

2. Defendant Pham Tieng Dong is liable to Plaintiff for:

a. Six willful, direct copyright infringements, at $_____ per infringement, for a total of $_____;

b. Six falsifications of Copyright Management Information, at $_____ per work, for a total of $_____;

c. Removal and/or Alteration of Copyright Management Information;

**[PROPOSED] JUDGMENT GRANTING PLAINTIFF TIMELESS PRODUCTION FZ LLC'S MOTION FOR DEFAULT JUDGMENT** - 1

e. Unfair Competition;

f. Three misrepresentations of DMCA Counter Notices under 17 U.S.C. § 512(f) at $_____ for a total of $_____.

g. Plaintiff is entitled to an award of costs and attorneys' fees in the amount of $_____.

Judgment is awarded to Plaintiff in the sum of $_____.

3. Defendant and his agents, employees, successors, and assigns, and all other persons acting in concert with or at the direction of Defendant, are hereby permanently enjoined from submitting any notifications of copyright infringement or counter-notices requests to YouTube based on false assertions of rights of copyright ownership of Plaintiff's intellectual property.

4. Defendant shall remove all of Plaintiff's copyrighted intellectual property from his websites, and any other locations where it may be found, such as youtube.com.

5. Defendant shall destroy all infringing copies and materials under 17 U.S.C. § 503.

6. This Court shall retain jurisdiction for the purpose of making any further orders to construe, modify, or enforce this judgment.

**IT IS SO ORDERED AND ADJUDGED.**

Dated _____, 2026                By:_____