ANDREW K JACOBSON (CSBN: 148583)
andy@bayoaklaw.com
**BAY OAK LAW**
1939 Harrison St Suite 929
Oakland, CA 94612
Telephone: (510) 208-5500

Attorney for Plaintiff
Timeless Production FZ LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PHAM TIENG DONG, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | **Case No.: 5:25-cv-03639-NW**<br><br>**NOTICE OF MOTION OF PLAINTIFF TIMELESS PRODUCTION FZ LLC'S RENEWED MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)(2)**<br><br>Date: August 18, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 3, 5th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 29, 2026 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3, before the Honorable Noel Wise, Plaintiff Timeless Production FZ LLC will and herby does move the Court pursuant to Fed. R. Civ. P. 55 for an Order Granting Default Judgment against Defendant Pham Tieng Dong.

The Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the attached declarations and and such other matters as may be called

//

//

//

to the Court's attention at or before the hearing. Defendant has been duly noticed of this motion and hearing date.

Dated: Monday, July 6, 2026

**BAY OAK LAW**

By:______________________________

ANDREW K. JACOBSON
Counsel for Timeless Production FZ LLC