UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timeless Production FZ LLC<br>Plaintiff,<br>v.<br>Dong<br>Defendant. | Case No. 25-cv-03639-NW<br><br>**JUDGMENT**<br>Re: ECF No. 58 |

On October 19, 2026, the Court granted in part Plaintiff's third motion for default judgment. ECF No. 58. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiff and against Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 19, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California